# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

RANDY RICH, etc., *et al.*,

    Plaintiff,

vs.

TASER INTERNATIONAL, *et al.*,

    Defendant.

2:09-cv-2450-ECR-RJJ

**ORDER**

  IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on March 30, 2011.

  IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

  1. Shall identify the discovery that has been completed;

  2. Shall identify the discovery that remains outstanding;

  3. Shall identify any pending discovery motions; and,

  4. Shall detail all attempts to settle the case.

DATED this __26th__ day of January, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge