UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RANDY RICH, etc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-2450-ECR-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| TASER INTERNATIONAL, INC., | ) | O R D E R |
| etc., *et al.*, | ) | |
| | ) | |
| Defendant, | ) | |

This matter is before the court on Taser's Motion to Enter Revised Discovery Plan and Scheduling Order (#36).

The Court having reviewed the Motion (#36) and the file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that Taser's Motion to Enter Revised Discovery Plan and Scheduling Order (#36) is **DENIED**.

IT IS FURTHER ORDERED that discovery is extended to June 30, 2011.

IT IS FURTHER ORDERED that expert disclosures specified in Fed. R Civ. P. 26(a)(2) shall be made on or before April 26, 2011.

IT IS FURTHER ORDERED that disclosures respecting rebuttal experts shall be made on or before May 26, 2011.

IT IS FURTHER ORDERED that dispositive motions, if any, shall be filed on or before July 2, 2011.

IT IS FURTHER ORDERED that the parties shall file a joint Pretrial Order on or before August 29, 2011.

DATED this   7th   day of April, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge