John R. Maley
David T. Ballard
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
*Pro hac vice*
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
E-mail:  jmaley@btlaw.com
  dballard@btlaw.com

Michael Brave
Holly Gibeaut
TASER International, Inc.
17800 North 85th Street
Scottsdale, Arizona 85255
*Pro hac vice*
Telephone:  (800) 978-2737
Facsimile:  (480) 905-2027
Email:  Brave@TASER.com
  Holly@TASER.com

Peter M. Angulo
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone:  702.384.4012
Facsimile:  702.383.0701
Email:  pangulo@ocgd.com

*Attorneys for Defendant TASER International, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, as personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN as guardians for R.J., a minor,<br><br>Plaintiffs,<br>v.<br><br>TASER INTERNATIONAL, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  2:09-cv-02450-ECR-RJJ |

## **ORDER**

Defendant, TASER International, Inc., by counsel, having filed its Motion and Points and Authorities in Support of Motion for Leave for up to 15 Additional Pages for Opening Summary Judgment Brief, and the Court having considered said motion now grants same.

IT IS THEREFORE ORDERED that Defendant TASER International, Inc. is granted leave to file a brief in support of its motion for summary judgment up to and including 15 additional pages, for a total of 45 pages.

IT IS ORDERED THIS 24th DAY OF June , 2011.

*Edward C. Reed*
Judge, U.S. District Court
District of Nevada

***DISTRIBUTION:***

John R. Maley
David T. Ballard
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204

Peter M. Angulo
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129

John Snow
VANCOTT, BAGLEY, CORNWALL, & McCARTHY
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102

John Burton
THE LAW OFFICES OF JOHN BURTON
65 North Raymond Avenue, Suite 300
Pasadena, California 91103

Peter M. Williamson
WILLIAMSON & KRAUSS
21800 Oxnard Street, Suite 305
Woodland Hills, California 91367

INDS02 1172438