John Snow, Nevada State Bar No. 4133
VANCOTT, BAGLEY, CORNWALL & McCARTHY
2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102
E-mail:      jsnow@vancott.com
Telephone:   (801) 532-3333
Facsimile:   (801) 534-0058

John Burton, CA State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, CA  91101
E-mail:      jb@johnburtonlaw.com
Telephone:   (626) 449-8300
Facsimile:   (626) 449-4417

Peter M. Williamson, CA State Bar No. 97309
WILLIAMSON & KRAUSS
21800 Oxnard Street, Suite 305
Woodland Hills, CA 91367
E-mail:      pmw@wandklaw.com
Telephone:   (818) 226-5700
Facsimile:   (818) 226-5704

Attorneys for plaintiffs, RANDY RICH, as the personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN, as Guardians of R. J., a minor

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, as the personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN, as Guardians for R. J., a minor,<br><br>        Plaintiffs,<br>vs.<br>TASER INTERNATIONAL, INC., and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. 2:09cv-02450-ECR-RJJ |

ORDER

1

<u>ORDER</u>

Plaintiffs, RANDY RICH, as the personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN, as Guardians for R. J., a minor, by counsel, having filed its Motion and Points and Authorities in support of its request to extend the time in which plaintiffs may file their opposition brief to TASER's summary judgement motion by twenty-one (21) additional days from July 17, 2011 to August 7, 2011 and to extend the page limitation of their brief up to fifteen (15) additional pages and the Court having considered said motion now grants same.

IT IS THEREFORE ORDERED that Plaintiffs are hereby granted an extension of the time in which to file their opposition brief by 21 days up to and including August 7, 2011 and leave to file a brief in opposition to TASER's motion for summary judgment up to and including 15 additional pages, for a total of 45 pages.

IT IS ORDERED this 12th day of July 2011.

*Edward C. Reed*
_____
Judge, U.S. District Court
District of Nevada