| | |
|---|---|
| John R. Maley (*Pro hac vice*) | Peter M. Williamson |
| David T. Ballard (*Pro hac vice*) | WILLIAMSON & KRAUSS |
| BARNES & THORNBURG LLP | 21800 Oxnard Street, Suite 305 |
| 11 South Meridian Street | Woodland Hills, California 91367 |
| Indianapolis, Indiana 46204 | Telephone: (818) 226-5700 |
| Telephone: (317) 236-1313 | Facsimile: (818) 226-5704 |
| Facsimile: (317) 231-7433 | Email: pmw@williamson-krauss.com |
| E-mail: jmaley@btlaw.com | |
| dballard@btlaw.com | |
| | |
| Michael Brave (*Pro hac vice*) | John Burton |
| Holly Gibeaut (*Pro hac vice*) | THE LAW OFFICES OF JOHN BURTON |
| TASER International, Inc. | 65 North Raymond Avenue, Suite 300 |
| 17800 North 85th Street | Pasadena, California 91103 |
| Scottsdale, Arizona 85255 | Telephone: (626) 449-8300 |
| Telephone: (800) 978-2737 | Facsimile: (626) 449-4417 |
| Facsimile: (480) 905-2027 | Email: jb@johnburtonlaw.com |
| Email: Brave@TASER.com | |
| Holly@TASER.com | |
| | |
| Peter M. Angulo | John Snow |
| OLSON, CANNON, GORMLEY & DESRUISSEAUX | VANCOTT, BAGLEY, CORNWALL, & McCARTHY |
| 9950 West Cheyenne Avenue | 2300 West Sahara Avenue, Suite 800 |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada 89102 |
| Telephone: (702) 384-4012 | Telephone: (801) 532-3333 |
| Facsimile: (702) 383-0701 | Facsimile: (801) 534-0058 |
| Email: pangulo@ocgd.com | Email: jsnow@vancott.com |

*Attorneys for Defendant TASER International, Inc.*   *Attorneys for Defendant TASER International, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, as personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN as guardians for R.J., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>TASER INTERNATIONAL, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-02450-ECR-RJJ |

-2-

## ORDER

Plaintiffs, Randy Rich, as the Administrator of the Estate of Ryan Rich, deceased, and Nick Jenson and Tanya Jenson, as Guardians for R.J., a minor, by counsel, and Defendant, TASER International, Inc., by counsel, having filed their Joint Motion and Points and Authorities in Support of Joint Motion to Defer the Date for Filing Joint Pretrial Order, and the Court having considered said motion now grants same.

IT IS THEREFORE ORDERED that the date for filing the joint Pretrial Order is deferred until thirty (30) days after the Court issues a decision on TASER's motion for summary judgment.

IT IS ORDERED THIS 10th day of August 2011.

_Edward C. Reed_
Judge, U.S. District Court
District of Nevada