1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

John Burton [California Bar #86029]
LAW OFFICES OF JOHN BURTON
65 North Raymond Avenue, Suite 300
Pasadena, California 91103
Telephone:      (626) 449-8300
Facsimile:      (626) 449-4417
Email:          jb@johnburtonlaw.com

Peter M. Williamson [California Bar #97309]
WILLIAMSON LAW FIRM
20750 Ventura Blvd., Suite 345
Woodland Hills, California 91364
Telephone:      (818) 226-5700
Facsimile:      (818) 226-5704
Email:          pmw@pwilliamsonlaw.com

John A. Snow [Nevada Bar #4133]
VANCOTT, BAGLEY, CORNWALL
   & MCCARTHY
2300 W. Sahara Avenue, Suite 800
Las Vegas, Nevada 82102
Telephone:      (702) 436-0058
Facsimile:      (801) 237-0808
Email:          jsnow@vancott.com

Richard H. Reeve, *Pro Hac Vice*
VANCOTT, BAGLEY, CORNWALL
   & MCCARTHY, P.C.
372 24th Street
Ogden, Utah 84401
Telephone:      (801) 394-5783
Facsimile:      (801) 627-2522
Email:          rreeve@vancott.com

*Attorneys for Plaintiffs,*
*Randy Rich et al.*

Peter M. Angulo [Nevada Bar #003672]
OLSON, CANNON, GORMLEY & ANGULO
& STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone:      (702) 384-4012
Facsimile:      (702) 383-0701
Email:          pangulo@ocgd.com

John R. Maley, *Pro Hac Vice*
David T. Ballard, *Pro Hac Vice*
Damon R. Leichty, *Pro Hac Vice*
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:      (317) 236-1313
Facsimile:      (317) 231-7433
Email:          jmaley@btlaw.com
                dballard@btlaw.com
                dleichty@btlaw.com

Michael Brave, *Pro Hac Vice*
Holly L. Gibeaut, *Pro Hac Vice*
TASER International, Inc.
17800 North 85th Street
Scottsdale, Arizona 85255
Telephone:      (651) 248-2809
Facsimile:      (480) 275-3291
Email:          Brave@TASER.com
                Holly@TASER.com

*Attorneys for Defendant,*
*TASER International, Inc.*

1
2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3
4
5

RANDY RICH, as personal representative
of RYAN RICH, deceased, and NICK
JENSEN and TANYA JENSEN as
guardians for R.J., a minor,

Case No.:  2:09-cv-02450-ECR-RJJ

6
7

          Plaintiffs,

v.

**JOINT PRETRIAL ORDER**

8

TASER INTERNATIONAL, INC., and
DOES 1 to 10, inclusive,

9
10

          Defendants.

**JOINT PRETRIAL ORDER**

11
12

Following pretrial proceedings in this cause.

13

IT IS ORDERED:

14

15

**VII.   BRIEF STATEMENT OF THE ACTION**

16
17
18
19
20
21
22
23
24
25
26
27

      This is a personal injury action by Randy Rich, as personal representative of Dr. Ryan Rich, D.O. ("Dr. Rich"), deceased, and Nick and Tanya Jensen, as guardians for R.J., a minor. Plaintiffs allege that Dr. Rich died on January 4, 2008 as a result of cardiac arrest induced by the electrical current from a TASER® X26™ electronic control device ("ECD") that was used during an incident involving Nevada Highway Patrol ("NHP") Trooper Loren Lazoff ("Trooper Lazoff") on Interstate 15 ("I-15") in Las Vegas, Nevada.  Plaintiffs sue Defendant TASER International, Inc. ("TASER"), the manufacturer of the ECD, for negligence (Count I) and strict product liability (Count II).  Both causes of action are predicated on Plaintiffs' claim that TASER failed to warn about the known risk of discharging its ECDs into the chest of individuals resulting in cardiac arrest, although it knew as early as 2005 as a result of TASER funded research that such a risk existed.  Despite this knowledge, Plaintiff's claim that TASER did not begin to caution police

28

-2-

officers to avoid deployments to the chest and warn about the risks of cardiac arrest as a result of chest deployments until September, 2009.

TASER denies liability, including that any alleged defect in the ECD or inadequacy of TASER's warnings existed or caused Dr. Rich's death. TASER asserts that even though Dr. Rich knew and was warned not to operate a vehicle because he suffered from uncontrolled epileptic seizures, on January 4, 2008, he drove his vehicle, experienced a seizure while driving, crashed into several vehicles on I-15, and suffered cardiac arrest as a complication of his postictal state. TASER asserts that Plaintiffs cannot establish any hazard or risk caused by the ECD, nor can they establish that TASER breached a duty to warn.  TASER asserts that it provided adequate warnings of the potential risks attendant to ECDs. In addition, TASER asserts that as a matter of general causation, an ECD cannot cause the injuries Dr. Rich suffered, and TASER did not know and could not have known or reasonably discovered that its ECD was unreasonably dangerous at all relevant times. TASER also asserts that Plaintiffs cannot demonstrate specific causation. TASER also asserts that Dr. Rich was more at fault for his death than any alleged fault on the part of TASER, and that Rich assumed the risk.

## VIII.   STATEMENT OF JURISDICTION

The Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.  The lawsuit is between Plaintiffs, citizens of Idaho and Utah, and TASER, a Delaware corporation with its principal place of business in Arizona.  The amount in controversy exceeds $75,000, exclusive of costs and fees.

## IX.   FACTS ADMITTED BY THE PARTIES

The following facts are admitted by the parties and require no proof:

1.     As of January 4, 2008, Dr. Rich was a 33-year-old medical resident at Valley Hospital Medical Center in Las Vegas, Nevada.

2.     R.J. was the natural daughter of Dr. Rich and Tanya Jensen.

3.     On January 4, 2008, Trooper Lazoff discharged his TASER X26 ECD on Dr. Rich.

4.     On September 20, 2007, Dr. Rich had a generalized, witnessed seizure.

5.     In 2007, Dr. Rich stated to medical professionals that he had a history of seizures.

6.     On November 10, 2007, Dr. Rich was treated at Valley Hospital for an automobile accident and seizure, noting again a history of a seizure disorder.

7.     Some time shortly before November 2007, Dr. Rich was driving his vehicle and pulled over to the side of a road, because he felt an imminent seizure and called a friend to drive him instead.

8.     In the days and months before January 4, 2008, Dr. Rich told his nurse practitioner that his seizures were increasing.

9.     In late 2007, Dr. Rich's nurse practitioner instructed him at every visit not to drive because it was unsafe, including at a visit on January 3, 2008, a day before Dr. Rich's death.

10.     On January 4, 2008, Dr. Rich was driving on I-15 when his truck struck the rear of a semi-truck trailer, after which Dr. Rich's truck swerved left and collided with a van.

11.     At the time of Dr. Rich's collisions with other vehicles on I-15 on January 4, 2008, the traffic on I-15 was going approximately 50 mph.

12.     After Dr. Rich's truck collided with other vehicles on I-15, Rich's truck swerved to the left and came to rest against the center median, with its front-left tire on the median wall.

13.     Trooper Lazoff suspected that Dr. Rich was either having a medical emergency or was under the influence of drugs or alcohol.

14.     In February, 2007, Dr. Rich's employment with Valley Hospital in Las Vegas, Nevada was terminated and his medical residency was suspended due to his failure to appear for his scheduled shift.

15.     After completing the treatment program at the Betty Ford Center, in October 2007, Dr. Rich was rehired by Valley Hospital in Las Vegas and he was reinstated to the residency program.

16.     The TASER X26 ECD is a weapon and use-of-force tool used by law enforcement officers.

17.     NHP purchased X26 ECDs in July 2006 for use by its troopers.

18.     The ECD used by Trooper Lazoff in his encounter with Dr. Rich on January 4, 2008 was purchased by NHP and shipped by TASER to NHP on July 20, 2006.

19.     NHP purchases and trains its troopers on various use-of-force tools and options, including ECDs.

20.     NHP makes all decisions to equip troopers with ECDs and guides its troopers in tactical practices.

21.     TASER's April 12, 2006 Product Warnings were shipped (on July 20, 2006) with the ECD used by Trooper Lazoff in his encounter with Dr. Rich, along with TASER's Training Version 13 DVD, and TASER's 2006 X26 ECD Operating Manual.

22.     Trooper Lazoff received extensive training in various use-of-force tools and options, including ECDs, firearms, open hand combat, batons, and handcuffing.

23.     NHP conducted Trooper Lazoff's October 20, 2006 and November 20, 2007 ECD training sessions utilizing TASER's training materials and PowerPoint presentations

24.     For his 2006 and 2007 ECD training sessions, Trooper Lazoff was presented with and trained based on TASER's Training Version 13 PowerPoint® presentations (user in 2006 and instructor in 2007).

25.     For his October 20, 2006 ECD user training session, Trooper Lazoff and the other trainees were presented with "TASER's Product Warnings – Law Enforcement, April 12, 2006" as part of the troopers training.

26.     For his November 20, 2007 ECD instructor training session, Trooper Lazoff and the other trainees were presented with "TASER's Product Warnings – Law Enforcement, March 1, 2007" as part of the troopers' training.

27.     TASER Training Version 14 was released and effective as of December 1, 2007.

28.     On January 4, 2008, Dr. Rich's first presenting cardiac rhythm, after being identified non-responsive by Dr. Craig Morris ("Dr. Morris") and/or Trooper Lazoff, as identified on a heart or cardiac monitor or defibrillator, or by other means, was asystole (or flat line).

29.     On January 4, 2008, Dr. Rich's second monitored cardiac rhythm, after being identified as non-responsive by Dr. Morris and/or Trooper Lazoff, as identified on a heart or cardiac monitor or defibrillator, or by any other means, was asystole (or flat line).

30.     On January 4, 2008, after Dr. Morris and/or Trooper Lazoff identified Dr. Rich as being non-responsive, the only cardiac rhythm of Dr. Rich identified by any medical services or treatment provider was asystole (flat line).

31.     At no time on January 4, 2008, did any medical services or treatment provider to Dr. Rich identify Dr. Rich as being in cardiac capture, or having the cardiac rhythm of ventricular tachycardia or ventricular fibrillation.

32.     The 1988 Klein/Heger/Zipes [Klein LS, Miles WM, Heger JJ, Zipes DP: Transcutaneous pacing:   patient tolerance, strength-interval relations, and feasibility for programmed electrical stimulation.  Am J Cardiol. 62:1126-1129, 1988] paper showed that 4-8 milliamperes ("mA") average current was delivered to the human chest and caused continuous cardiac capture but that ventricular fibrillation was never induced.

33.     On January 4, 2008, Dr. Rich suffered from a seizure while driving and remained in postictal state—an altered state as the brain recovers from a seizure—during his encounter with Trooper Lazoff.

34.     On March 27, 2008, a post-mortem examination by the Clark County Coroner determined that "the death of this 33-year-old Caucasian male, Ryan Rich, is due to seizure disorder with other conditions including restraining procedures."

**X.     FACTS NOT ADMITTED, BUT NOT CONTESTED, BY THE PARTIES**

The following facts, though not admitted, will not be contested at trial by evidence to the contrary:

None.

**XI.     ISSUES OF FACT TO BE TRIED**

The following are the separate and specific issues of fact to be tried and determined upon trial:

1.     Whether on July 20, 2006, it was known or knowable that the X26 ECD used by Trooper Lazoff on Dr. Rich was shown to cause cardiac arrest.

2.     Whether the X26 ECD used by Trooper Lazoff on Dr. Rich actually caused Dr. Rich's cardiac arrest.

3.     Whether the X26 ECD used by Trooper Lazoff on Dr. Rich had a warnings defect rendering it unreasonably dangerous for its intended function, and the warnings defect caused Dr. Rich's alleged injuries.

4.   Whether TASER sold its X26 ECD without suitable and adequate warnings concerning its safety and foreseeable use thereby rendering it defective and unreasonably dangerous for its intended function.

5.   Whether TASER knew or had reason to anticipate that the X26 ECD was unreasonably dangerous for the use for which it was supplied, had no reason to believe that those for whose use the product was supplied would realize its alleged dangerous condition, and failed to exercise reasonable care to inform users of its products of its alleged unreasonably dangerous condition or of the facts that made it likely to be unreasonably dangerous.

6.   Whether the X26 ECD used by Trooper Lazoff was the actual and proximate cause of Dr. Rich's alleged injuries – that is, but for the allegedly defective warnings, the injury would not have occurred.

7.   Whether the alleged warning defect with the X26 ECD used by Trooper Lazoff was a substantial factor in causing the alleged injury, without intervening or superseding causes.

8.   Whether Dr. Rich reasonably mitigated his damages.

9.   Whether TASER engaged in malicious or oppressive conduct or consciously and deliberately disregarded known safety measures regarding the use of its X26 ECD in reckless disregard of the likely results to justify punitive damages.

10.  When Dr. Rich's cardiac arrest occurred in relation to a heart monitor determining that Dr. Rich was asystolic.

To the extent that any of these Issues of Fact are deemed to be more properly considered issues of law, they are incorporated in that section.

Aside from these issues developed by the parties, TASER also contends the following issues of fact should also be decided.

1.   Whether TASER had reason to anticipate that Dr. Rich's alleged injuries could result from the use of the X26 ECD.

2.   Whether the TASER X26 ECD was state of the art on July 20, 2006.

3.   Whether Dr. Rich assumed or otherwise comparatively contributed to the risk of the injuries alleged in this case.

4.   Whether Trooper Lazoff misused his X26 ECD in deploying it contrary to TASER's instructions and warnings.

5.   Whether the X26 ECD used by Trooper Lazoff was capable of causing the particular injuries suffered by Dr. Rich on January 4, 2008.

6.      Whether Plaintiffs have met their burden of proof to establish a right for relief and right to damages, including without limitation punitive damages.

## XII.    ISSUES OF LAW TO BE TRIED

The following are the separate and specific issues of law to be tried and determined at trial:

1.      Whether TASER is strictly liable for the injuries to Dr. Rich from his exposure to TASER's X26 ECD.

2.      Whether TASER was negligent by providing inadequate warnings with the sale of its X26 ECD on July 20, 2006.

3.      Whether TASER owed a duty to Dr. Rich, including without limitation a duty to warn.

4.      Whether Dr. Rich was more at fault for his own death than TASER.

5.      All issues of fact in Section V to the extent they are also issues of law or mixed questions of fact/law.

Aside from these issues developed by the parties, TASER also contends the following issues of law should also be decided.

1.      Whether Dr. Rich was negligent in driving his motor vehicle on I-15 despite being an epileptic with medically uncontrolled seizures and having been repeatedly advised not to drive by his medical providers.

2.      Whether Dr. Rich violated N.R.S. § 439.270 by not reporting his epileptic condition to the Health Division of the Nevada Department of Health and Human Services and was negligent *per se*.

## XIII.   EXHIBITS AND DEPOSITIONS

### A.    EXHIBITS

The parties reserve the right to offer the following exhibits into evidence.  The parties have stipulated to the genuineness and authenticity of the following exhibits.  All other objections are reserved for trial.  The parties do not waive any objections by virtue of listing exhibits here.

I.      **Plaintiffs' Exhibits:**

    A.      **Police Reports**

        1.      Nevada Highway Patrol ("NHP") incident reports;

        2.      NHP Homicide Investigation Report.

        3.      Las Vegas Metropolitan Police Department ("LVMPD") Voluntary Statement of Craig Morris, DDS

        4.      LVMPD Voluntary Statement of Trooper Loren Lazoff.

        5.      LVMPD Interview of Trooper Lazoff

        6.      LVMPD Crime Scene Investigation Narrative Report

        7.      LVMPD Use of Force Investigation – Administrative Report – NHP In Custody Death

        8.      LVMPD Criminalistics Bureau Investigation records

    B.      **NHP Training**

        9.      NHP TASER Use Policy;

        10.     Nevada Department of Public Safety – Department Policy Manual – Electronic Control Devices – 3/14/07

        11.     Trooper Lazoff's TASER X26 Training Application

        12.     Trooper Lazoff's TASER Certification test

        13.     Trooper Lazoff's TASER Certification test answer key

        14.     Trooper Lazoff's TASER Instructor Certification

    C.      **TASER Training Materials**

        15.     TASER Training Version 12.

        16.     TASER Training Version 13.

        17.     TASER Training Version 14.

    D.      **TASER's Product Warnings**

        18.     TASER Product Warnings – Law Enforcement (April 12, 2006)

        19.     TASER Product Warnings – Law Enforcement (March 1, 2007)

20.    All prior versions of TASER's Product Warnings – Law Enforcement, prior to April 12, 2006.

21.    Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue (April 12, 2006)

22.    Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue (March 1, 2007)

E.    **Dr. Rich's Medical Records**

23.    Valley Hospital Medical Center records

24.    Betty Ford Clinic records

25.    Spring Valley Hospital records

26.    Clark County Coroner records

27.    Quest Diagnostics records

28.    American Medical Response records (January 4, 2008)

29.    American Medical Response records (September 2007)

30.    Pain Institute of Nevada records

31.    Mountain View Hospital records

32.    Mountain View Clinic records

33.    Joan McCraw, MSN, FNP, APN records

34.    Bennet I. Omalu, M.D. Forensic Neuropathology Report

35.    Center for Diseases and Surgery of the Spine records

36.    Western Regional Center for Brain & Spine Surgery records

37.    Renaissance Ranch records

38.    Clark County Fire Department records

39.    Central Wyoming Neurosurgery

F.    **Literature & Miscellaneous Documents**

40.    January 1987, Ordog, Gary J., M.D., et al, *Electronic Gun (Taser) Injuries*;

41. March 1991, Kornblum, Ronald N., M.D., and Reddy, Sara K., M.D., *Effects of Taser in Fatalities Involving Police Confrontation*;

42. January 2005, Wayne C. McDaniel, Robert A. Stratbucker, Max Nerheim, James E. Brewer, *Cardiac Safety of Neuromuscular Incapacitating Defensive Devices*;

43. July 2005, Kim PJ, Franklin WH, *Ventricular fibrillation after stun-gun discharge* and reply by Kroll, et al.;

44. November 14, 2005, James R. Jauchem, Clifford J. Sherry, David A. Fines, Michael C. Cook, *Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER exposures*;

45. October 2005, Laurent M. Haegeli, MD, Laurence D. Sterns, MD, David C. Adam, MD, Richard A. Leather, MD, *Effect of a Taser shot to the chest of a patient with an implantable defibrillator*;

46. February 7, 2006, Kumaraswamy Nanthakumar MD, Ian M. Billingsley MD, Stephane Masse MASC, Paul Dorian MD, Douglas Cameron MD, Vijay S. Chauhan MD, Eugene Downar MD, Elias Sevaptsidis DEC, *Cardiac Electrophysiological Consequences of Neuromuscular Incapacitating Device Discharges;*

47. January 6, 2006, Jeffrey D. Ho MD, James R. Miner MD, Dhanunjaya R. Lakireddy MD, Laura L. Bultman MD, William G. Heegaard MD, MPH, *Cardiovascular and Physiologic Effects of Conducted Electrical Weapon Discharge in Resting Adults*;

48. March 20, 2006, Dhanunjaya Lakkireddy MD, Donald Wallick PhD, Kay Ryschon MS, Mina K. Chung MD, FACC, Jagdish Butany MD, David Martin MD, Walid Saliba MD, FACC, William Kowalewski BS, Andrea Natale MD, FACC, Patrick J. Tchou MD, FACC, *Effects of Cocaine Intoxication on the Threshold for Stun Gun Induction of Ventricular Fibrillation;*

49. March 16, 2006, Raymond E. Ideker MD, PhD, Derek J. Dosdall PhD, *Can the Direct Cardiac Effects of the Electric Pulses Generated by the TASER X26 Cause Immediate or Delayed Sudden Cardiac Arrest in Normal Adults?*;

50. May 20, 2006, Jared Strote MD, MS, *TASER Use in Restraint-related Deaths;*

51. November 17, 2006, Jeffrey D. Ho MD, Donald M. Dawes MD, Laura L. Bultman MD, Jenny L. Thacker MD, Lisa D. Skinner MD, Jennifer M. Bahr MD, Mark A. Johnson BS, James R. Miner MD, *Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers*;

52. April 4, 2007, Andrew J. Dennis DO, Daniel J. Valentino MD, Robert J. Walter PhD, Kimberly K. Nagy MD, Jerry Winners BS, Faran Bokhari MD, Dorion E. Wiley MD, Kimberly T. Joseph MD, Roxanne R. Roberts MD, *Acute Effects of TASER X26 Discharges in a Swine Model*;

53. 2006, J G Webster, J A Will, H Sun, J-Y Wu, A P O'Rourke, S M Huebner, P S Rahko, *Can Tasers® directly cause ventricular fibrillation?*;

54. August 14, 2007, Theodore C. Chan MD, Saul D. Levine MD, James V. Dunford MD, Tom Neuman MD, Gary M. Vilke MD, *Serum Troponin I Measurement of Subjects Exposed to the Taser X-26*;

55. May 2, 2007, Michael Cao MD, Jerold S. Shinbane MD, Jeffery M. Gillberg MS, Leslie A. Saxon MD, *Taser-Induced Rapid Ventricular Myocardial Capture Demonstrated by Pacemaker Intracardiac Electrograms*;

56. May 4, 2007, Gary M. Vilke MD, Christian M. Sloane MD, Katie D. Bouton BS, Fred W. Kolkhorst PhD, Saul D. Levine MD, Tom S. Neuman MD, Edward M. Castillo PhD, MPH, Theodore C. Chan MD, *Physiological Effects of a Conducted Electrical Weapon on Human Subjects*;

57. December 17, 2008, Jiun-Yan Wu, Hongyu Sun, Ann P. O'Rourke, Shane M. Huebner, Peter S. Rahko, James A. Will, John G. Webster, *Taser Blunt Probe Dart-To-Heart Distance Causing Ventricular Fibrillation in Pigs*;

58. June 11, 2007, Sloane CM, Chan TC, Vilke GM, *Thoracic spine compression fracture after TASER activation*;

59. June 10, 2007, James R. Jauchem, Michael C. Cook, Charles W. Beason, *Blood factors of Sus scrofa following a series of three TASER electronic control device exposures*;

60. November 22, 2008, Charles W. Beason MS, James R. Jauchem PhD, C. D. Clark III BS, James E. Parker MS, David A. Fines BS, *Pulse Variations of a Conducted Energy Weapon (Similar to the TASER X26 Device): Effects on Muscle Contraction and Threshold for Ventricular Fibrillation*;

61. August 27, 2007, Robert J. Walter PhD, Andrew J. Dennis DO, Daniel J. Valentino MD, Bosko Margeta MD, Kinberly K. Nagy MD, Faran Bokhari MD, Dorion E. Wiley MD, Kinberly T. Joseph MD, Roxanne R. Roberts MD, *TASER X26 Discharges in Swine Produce Potentially Fatal Ventricular Arrhythmias*;

62. December 7, 2007, Dhanunjaya Lakkireddy, MD, Donald Wallick Atul Verma MD, Kay Ryschon MS, William Kowalewski BS, Oussama Wazni MD, Jagdish Butany MD, David Martin MD, Patrick J. Tchou MD,

*Cardiac Effects of Electrical Stun Guns: Does Position of Barbs Contact Make a Difference?*;

63.  November 28, 2008, Jeffrey D. Ho MD, William G. Heegaard MD, Donald M. Dawes MD, Sridhar Natarajan MD, Robert F. Reardon MD, James R. Miner MD, *Unexpected Arrest-Related Deaths in America: 12 Months of Open Source Surveillance*;

64.  March 6, 2008, Jeffrey D. Ho MD, Donald M. Dawes MD, Laura L. Bultman MD, Ronald M. Moscati MD, Timothy A. Janchar MD, James R. Miner MD, *Prolonged TASER use on exhausted humans does not worsen markers of acidosis*;

65.  2007, Gary M. Vilke, Theodore C. Chan, *Less lethal technology: medical issues*;

66.  2007, Amada O. Esquivel MS, Elizabeth J. Dawe DVM, Javier A, Sala-Mercado MD, PhD, Robert L. Hammond PHD, Cynthia A. Bir PHD, *The Physiologic Effects of a Conducted Electrical Weapon in Swine*;

67.  April 26, 2008, Jeffrey D. Ho MD, Donald M. Dawes MO, Robert F. Reardon MD, Anne L. Lapine MD, Benjamin J. Dolan BS, Erik J. Lundin BS, James R. Miner MD, *Echocardiographic Evaluation of a TASER-X26 Application in the Ideal Human Cardiac Axis*;

68.  May 1, 2008, Kumaraswamy Nanthakumar MD, Stephane Massé Peng MASc, Karthikeyan Umapathy PhD, Paul Dorian MD, Elias Sevaptsidis Menashe Waxman MD, *Cardiac stimulation with high voltage discharge from stun guns*;

69.  September 23, 2008, D. Dawes, J. Hob, J. Miner, *The neuroendocrine effects of the TASER X26: A brief report*;

70.  February 3, 2009, Florin Despa, Suki Basati, Zhen-Du Zhang, John D'Andrea, J. Patrick Reilly, Elena N. Bodnar, Raphael C. Lee, *Electromuscular Incapacitation Results From Stimulation of Spinal Reflexes*;

71.  November 25, 2008, Robert J. Walter PhD, Andrew J. Dennis DO, Daniel J. Valentino MD, Bosko Margeta MD, Kinberly K. Nagy MD, Faran Bokhari MD, Dorion E. Wiley MD, Kinberly T. Joseph MD, Roxanne R. Roberts MD, *Safety and Injury Profile of Conducted Electrical Weapons Used by Law Enforcement Officers Against Criminal Suspects*;

72.  November 18, 2008, Byron K. Lee MD, Eric Vittinghoff PhD, Dean Whiteman BS, Minna Parka, Linda L. Lau BS, Zian H. Tseng MD, *Relation of Taser (Electrical Stun Gun) Deployment to Increase in In-Custody Sudden Deaths*;

-13-

73. February 27, 2009, Charles D. Swerdlow MD, Michael C. Fishbein MD, Linda Chaman MPH, Dhanunjaya R. Lakkireddy MD, Patrick Tchou MD, *Presenting Rhythm in Sudden Deaths Temporally Proximate to Discharge of TASER Conducted Electrical Weapons*;

74. August 26, 2008, Daniel J. Valentino MD, Robert J. Walter PhD, Andrew J. Dennis DO, Bosko Margeta MD, Frederic Starr MD, Kimberly K. Nagy MD, Faran Bokhari MD, Dorion E. Wiley MD, Kimberly T. Joseph MD, Roxanne R. Roberts MD, *Taser X26 Discharges in Swine: Ventricular Rhythm Capture is Dependent on Discharge Vector*;

75. April 12, 2009, Gary M. Vilke MD, Christian M. Sloane MD, Amanda Suffecool, Fred W. Kolkhorst PhD, Tom S. Neuman MD, Edward M. Castillo PhD, MPH, Theodore C. Chan MD, *Physiologic Effects of the TASER After Exercise*;

76. May 22, 2009, Jeffrey D. Ho, Donald M. Dawes, Jon B. Cole, Julie C. Hottinge, Kenneth G. Overton, James R. Miner, *Lactate and pH evaluation in exhausted humans with prolonged TASER X26 exposure or continued exertion*;

77. May 20, 2009, Megan Robb, Benjamin Close, Jeremy Furyk, Peter Aitken, *Review article: Emergency department implications of the TASER*;

78. 2009, Evan S. Schwarz MD, *Successful resuscitation of a patient in asystole after a TASER injury using a hypothermia protocol*;

79. 2009, Jared Strote, MD, MS, Mimi Walsh, PhD, Matthew Angelidis, MD, Amaya Basta, BA, and H. Range Hutson, MD, *Conducted Electrical Weapon Use by Law Enforcement: An Evaluation of Safety and Injury*;

80. 2010, Donald M. Dawes MD, Jeffrey D. Ho MD, Robert F. Reardon MD, James R. Miner MD, *Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers*;

81. 2010, Donald M. Dawes MD, Jeffrey D. Ho MD, Mark W. Kroll, Ph.D, James R. Miner MD, *Electrical Characteristics of an Electronic Control Device Under a Physiologic Load: A Brief Report*;

82. February 2010, Kirsten M. VanMeenen, PhD, Neil S. Cherniack, MD, Michael T. Bergen, MS, Lisa A. Gleason, MD, Ronald Teichman, MD, and Richard J. Servatius, PhD, *Cardiovascular Evaluation of Electronic Control Device Exposure in Law Enforcement Trainees: A Multi-State Study*;

83. February 2005, Memorandum For U.S. Army Armament Research, Development and Engineering Center, The U.S. Army Center for Health Promotion and Preventive Medicine's Position on whether TASER®

-14-

Electro Muscular Incapacitation Launched Electrode Stun Weapons are Safe to use on U.S. Army Military and Civilian Personnel during Training;

84.   March 2005, "Human Effectiveness and Risk Characterization of the Electromuscular Incapacitation Device – A Limited Analysis of the TASER Part I –Technical Report," The Joint Non-Lethal Weapons Human Effects Center of Excellence (HECOE);

85.   March 2005, "Human Effectiveness and Risk Characterization of the Electromuscular Incapacitation Device – A Limited Analysis of the TASER Part II – Appendices," The Joint Non-Lethal Weapons Human Effects Center of Excellence;

86.   March 2006, "Bradford Non-Lethal Weapons Research Project" Davison, N. and Lever, N., Centre for Conflict Resolution Department of Peace Studies, Research Report No. 8;

87.   July 1999, "Human Effects Advisory Panel Report of Findings: Sticky Shocker Assessment," Kenny, John M., et al (Penn State Applied Research Laboratory);

88.   November 2004, Effectiveness & Health of Electro-Muscular Incapacitating Devices," Jauchem, J., Air Force Research Laboratory, 16;

89.   March, 1999, L. Nilsson, BY Farahmand, PG Persson, I Thiblin, T. Tomson, "*Risk Factors for Sudden Unexpected Death in Epilepsy: A Case-Control Study*";

90.   September, 1999, Y. Langan, L Nashef, JW Sander, "Sudden Unexpected Death in Epilepsy: A Series of Witnessed Deaths";

91.   October, 2003, K Opeskin, SF Berkovic, "Risk Factors for Sudden Unexpected Death in Epilepsy: A Controlled Prospective Study based on Coroners Cases";

92.   May, 2010, LM Bateman, M Spitz, M Seyal, "Ictal Hypoventilation contributes to cardiac arrhythmia and SUDEP: Report on Two Deaths in Video-EEG-Monitored Patients";

93.   May, 2010, Samden D. Lhatoo, M.D., Howard J. Faulkner, Ph.D., Krystine Dembny, MA, Kathy Trippick, BS, Claire Johnson, MS, and Jonathan M. Bird, M.D., "*An Electroclinical Case-Control Study of Sudden Unexpected Death in Epilepsy;*

94.   August 31, 2001, Carol Gemayel, MD,* Antonio Pelliccia, MD,† Paul D. Thompson, MD, FACC, Arrhythmogenic Right Ventricular Cardiomyopathy

-15-

95. May 20, 2010, Samden D. Lhatoo, MD, Howard J. Faulkner, PhD, Krystina Dembny, MA, Kathy Trippick, BSc, Claire Johnson, MSc, and Jonathan M. Bird, MD, "An Electroclinical Case-Control Study of Sudden Unexpected Death in Epilepsy";

96. April 11, 2009, Cristina Basso, Domenico Corrado, Frank I Marcus, Andrea Nava, Gaetano Thiene, "Arrhythmogenic right ventricular cardiomyopathy";

97. 2009, Nathan Lavid, MD, "The Psychiatric Autopsy and Its Application in Law";

98. Report of Braidwood Inquiry, particularly Executive Summary and Part 9 (medical risks);

99. Braidwood Testimony of Zian Tseng, M.D., May 9, 2008;

100. PowerPoint by Zian Tseng, M.D., delivered at Braidwood Inquiry;

101. Braidwood Testimony of J. Patrick Reilly, May 5, 2008;

102. Braidwood PowerPoint Presentation: Estimation of TASER Current Flow and Effects on Human Body, Dorin Panescu, Ph.D.;

103. Declaration of Charles Swerdlow, M.D., in *Silva v. County of Los Angeles* and his deposition in *Butler v. TASER International, Inc.*;

104. May 2011, Payman Azadani, M.D., Zian H., Tseng, M.D., Gregory, Marcus, M.D., and Byron K. Lee, M.D., "Funding Source and Author Affiliation Severely Biases TASER Research";

105. 2005, T. Tomson, T. Walczak, M. Sillanpaa, JW Sander, Sudden unexpected death in Epilepsy: A review of incidence and risk factors;

106. Trial testimony of Patrick Smith in *Fontenot v. TASER, International, Inc.*

107. May 20, 2010, Philippe Haouzi, Nasrollah Ahmadpour, Harold J. Bell, Stephen Artman, Javier Banchs, Soraya Samii, Mario Gonzalez, and Kevin Gleeson, *Breathing patterns during cardiac arrest.*

108. April 12, 2012, Douglas P. Zipes, MD, *Sudden Cardiac Arrest and Death Associated With Application of Shocks From a TASER Electronic Control Device.*

109. April 25, 2012, Robert J. Myerburg, MD, *Electronic Control Devices – Science, Law, and Social Responsibility.*

110. September, 1984, Gordon A Ewy, MD, *Ventricular Fibrillation Masquerading as Asystole.*

111.   Clark County Coroner's Report of Investigation

112.   Clark County Coroner's Summary of Investigation

113.   Clark County Fire Department Incident Report

114.   TASER X26 ECD Download for X00-207482

115.   Clark County Coroner Autopsy Report on Ryan Rich

116.   Toxicology Report on Ryan Rich

117.   Autopsy Photographs of Ryan Rich

118.   Scene Photographs

119.   Photographs of Ryan Rich in the hospital

120.   NHP Use of Force / In Custody Death Report

121.   Ryan Rich's Journal

122.   Zipes, D., Are you Tasing me? TASERs Can Cause Fatal [Ventricular Tachy] Arrhythmias: Debate: Heart Rhythm Society, May 15, 2009 (PowerPoint Presentation)

123.   Tissue slides from cardiac tissue of decedent.

124.   Tax Returns of Ryan Rich.

125.   Ryan Rich's employment records

126.   Demonstrative aids, exhibits, or references, including without limitation each illustration, graphic, chart, and video included in any of the TASER-device-related references or any TASER Training Version; any documents, or portions thereof, referenced or cited, or any compilation of documents; any document, information, illustration, PowerPoint, lesson plan, drawing, graphic, video, or compilation that is on, or included in, any of the TASER training CDs/DVDs Versions 1 through 14.

127.   All answers to interrogatories, requests for production of documents, and requests for admissions in this matter, including all amendments and/or supplements thereto, and including any and all documents attached thereto.

128.   All transcripts of depositions and any document marked as an exhibit to a deposition in this litigation as well as litigation in which TASER, International, Inc., is a named defendant.

-17-

129. Reports of all parties' experts and all supporting documentation, data, video presentations, learned treatises, publications, studies, publications or studies that any expert may have relied on or used to reach their opinions.

130. Enlargements of graphs, photographs or other exhibits.

131. All documents and exhibits identified by other parties, without waiver of objection.

132. Deposition testimony of Patrick Tchou, M.D., in *Fahy v. TASER*.

G.   **Expert Reports**

133. Expert Report of Douglas Zipes, M.D., including CV, and literature and exhibits cited.

134. Expert Report of Nathan Lavid, M.D., including CV, and literature and exhibits cited.

135. Expert Report of Renu Virmani, M.D., including CV, and literature and exhibits cited

136. Expert Report of Robert W. Johnson, MBA, including CV, and literature and exhibits cited.

II.   **Defendant's Exhibits:**

A.   **Warnings and Training**

1. Nevada Highway Patrol ("NHP") TASER Use Policy

2. NHP General Orders re: Use of Force

3. Nevada Department of Public Safety – Department Policy Manual – Electronic Control Devices – 3/14/07

4. TASER's Electronic Control Device Research Index (and all documents referenced herein)

5. TASER's Training Bulletins

6. Manufacturing report for TASER International, Inc. ("TASER") X26™ Electronic Control Device ("ECD") ("X26 ECD") X00-207482

7. Sales record for X26 ECD X00-207482

8. TASER's Version 13 DVD, including TASER's X26 ECD Instructor Certification Course, Version 13.0, and excerpts therefrom, and TASER's X26 ECD User Course, Version 13.0, and excerpts therefrom

9.  TASER's Version 14 DVD, including TASER's X26 ECD Instructor Certification Course, Version 14.0, and excerpts therefrom, and TASER's X26 ECD User Course, Version 14.0, and excerpts therefrom

10. Training Bulletin 13-12:  Release of Training Version 14.0 – 11/30/2007

11. Trooper Lazoff TASER X26 ECD Training Application

12. Trooper Lazoff's TASER Certification Test

13. Trooper Lazoff's Certification

14. Trooper Lazoff's Instructor Certification

15. Trooper Lazoff's Training Report

16. Trooper Lazoff's Nevada DPS [Department of Public Safety] Employee Profile

17. TASER Detailed Communication Report for NHP Troopers including Trooper Lazoff

18. TASER Product Warnings – Law Enforcement (April 12, 2006)

19. TASER Product Warnings – Law Enforcement (March 1, 2007)

20. All prior versions of TASER's Product Warnings – Law Enforcement, prior to April 12, 2006.

21. TASER X26 ECD Operating Manual (2005)

22. TASER X26 ECD Operating Manual (2007)

23. TASER Training CDs and DVDs Versions 1 – 12

24. Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue (April 12, 2006)

25. Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue (March 1, 2007)

26. TASER Electrical Characteristics Specifications Sheet for X26 ECD

27. IACP Model Policies regarding Electronic Control Weapons

28. IACP Concept and Issue Papers regarding Electronic Restraint Devices and Electronic Control Weapons

29. IACP Training Keys regarding Electronic Control Devices and TASER ECDs.

**B.**   <u>Literature</u>

30.   Langan, et al., Sudden unexpected death in epilepsy:  a series of witnessed deaths, *J. Neurol Neurosurg Psychiatry* 2000

31.   Tomson, et al., Sudden Unexpected Death in Epilepsy:  A Review of Incidence and Risk Factors, *Epilepsia*, 2005

32.   Bateman, et al., Ictal hypoventilation contributes to cardiac arrhythmia and SUDEP:  Report on two deaths in video-EEG-monitored patients, *Epilepsia*, 2010

33.   Lhatoo, et al., An Electroclinical Case-Control Study of Sudden Unexpected Death in Epilepsy, *American Neurological Association* 2010

34.   Openskin, et al., Risk factors for sudden unexpected death in epilepsy:  a controlled prospective study based on coroners cases, *Seizure* 2003

35.   Bateman, et al., Ictal hypoventilation contributes to cardiac arrhythmia and SUDEP: report on two deaths in video-EEG-monitored patients, *Epilepsia*, 2010

36.   Sillanpaa, et al., Long-Term Mortality in Childhood-Onset Epilepsy, *N Engl J Med* 2010

37.   Surges R, Sander JW, Sudden unexpected death in epilepsy: mechanisms, prevalence, and prevention, *Curr. Opin. Neurol.* 2012 Apr; 25(2):201-7

38.   Velagapudi P, Turagam M, Laurence T, Kocheril A, Cardiac Arrhythmias and Sudden Unexpected Death in Epilepsy (SUDEP), *PACE*, Vol. 35, March 2012, 363-370

39.   Nilsson, et al., Rick factors for sudden unexpected death in epilepsy:  a case-control study, *The Lancet*, 1999

40.   Virmani, et al., Sudden Death and Partial Absence of the Right Ventricular Myocardium, *Arch Pathol Lab Med*, April 1982

41.   Burke, et al., Arrhythmogenic Right Ventricular Cardiomyopathy and Fatty Replacement of the Right Ventricular Myocrdium:  Are They Different Diseases?  *Circulation*, 1998

42.   Azaovagh A., et al., Arrhythmogenic right ventricular cardiomyopathy/ dysplasia:  a review and update, *Clin Res Cardiol* May 2011

43.   Anderson, et al., Prevalent Myocarditis at Necropsy in the Acquired Immunodeficiency Syndrome, *JACC*, 1988

44.   Asimaki, et al., A New Diagnostic Test for Arrhythmogenic Right Ventricular Cardiomyopathy, *N Engl J Med* 2009

45.   Delmar, et al., The Cardiac Desmosome and Arrhythmogenic Cardiomyopathies: From Gene to Disease, *Circ Res* 2010

46.   Kitzman, et al., Age-Related Changes in Normal Human Hearts During the First 10 Decades of Life, Part II (Maturity): A Quantitative Anatomic Study of 765 Specimens From Subjects 20 to 99 Years Old, *Mayo Clin Proc* 1988

47.   1996 report prepared by Robert Stratbucker, M.D., Ph.D., re 1996 swine studies

48.   1998 Pre-Launch M26 ECD Quantitative Analysis (compare Underwriters Laboratory ("UL") and International Electrotechnical Commission ("IEC") standards)

49.   1999 M26 ECD Pre-launch Safety Study

50.   February 3, 2006 correspondence from Gary Yamaguchi of Exponent, Inc. to Doug Klint re Preliminary Testing Results on TASER M18

51.   February 3, 2006 correspondence from Gary Yamaguchi of Exponent, Inc. to Doug Klint re Preliminary Testing Results on TASER X26

52.   Injury Profile of Electrical Conducted Energy Weapons, Bozeman WP, Wake Forest University, Winston Salem, NC

53.   Design and medical safety of neuromuscular incapacitation devices by Dorin Panescu

54.   April 10, 2001 correspondence to Rick Smith from Wayne McDaniel re: dual M26 ECD

55.   January 6, 2000 correspondence to Rick Smith from Wayne McDaniel and Robert Stratbucker re: medical studies

56.   Schmiederer B, Chesene AD, Schmidt P., Brinkmann B., Specific Traces in a stun gun deployment. *Int J Legal Med.* 2005

57.   Wyant R., The Advanced TASER M26, X26: Forensic Considerations. *AFTE Journal* Fall 2004

58.   Dawes DM, Ho JD, Reardon RF, et al., The respiratory, metabolic, and neuroendocrine effects of a new generation electronic control device. *Forensic Sci Int.* Sep 28 2010

59. Vilke GM, Bozeman WP, Chan TC., Emergency Department Evaluation after Conducted Energy Weapon Use:  Review of the Literature for the Clinician.  *The Journal of Emergency Medicine.*  (In Press, Corrected Proof.  Position Paper Approved by the American Academy of Emergency Medicine Clinical Guidelines Committee)

60. Bozeman, W P., Additional Information on TASER [ECD] safety.  *Annals of Emergency Medicine*.  November 2009.  Vol. 54, No. 5

61. Electronic Control Weapons, Concepts and Issues Paper, International Association of Chiefs of Police (IACP).  National Law Enforcement Policy Center.  April 2010

62. Smith M, Kaminski R, Alpert G, Fridell L, MacDonald J, Kubu B., A Multi-Method Evaluation of Police Use of Force Outcomes:  Final Report to the National Institute of Justice.  US Department of Justice.  2010

63. Carolyn B. Robinowitz, MD, Chair.  Report 6 of the Council on Science and Public Health (A-09), Use of Tasers[®] [Conducted Electrical Devices (CEDs)] by Law Enforcement Agencies (Reference Committee D).  American Medical Association

64. Bozeman W, II WH, Heck J, Graham D, Martin B, Winslow J., Safety and Injury Profile of Conducted Electrical Weapons Used by Law Enforcement Officer Against Criminal Suspects.  *Annals of Emergency Medicine.*  April 2009

65. Ho, et al., The cardiovascular, respiratory, and metabolic effects of a long duration electronic control device exposure in human volunteers.  *Forensic Sci Med Pathol*. 2010 Dec;6(4):268-74 (Epub May 26, 2010)

66. Ho, et al., Echocardiographic evaluation of TASER X26 [ECD] probe deployment into the chests of human volunteers.  *Am J Emerg Med*. 2010 Jan;28(1):49-55

67. Ho, et al., Echocardiographic Evaluation of a TASER-X26 [ECD] Application in the Ideal Human Cardiac Axis, *Acad Emerg Med.* 2008 Aug 10

68. Reilly, Maron, Applied Bioelectricity From Electrical Stimulation to Electropathology, *Springer*, 1998

69. Kunz, et al., Functioning and Effectiveness of Electronic Control Devices Such as the TASER[®] M- and X-Series:  A Review of the Current Literature, *Journal of Forensic Sciences*, 2012

70. 2005-2008 injuries treated in US emergency departments, Non-fatal conductive energy device-related, Tadesse Haileyesus, Joseph L Annest and James A Mercy

71.   Study of Deaths Following Electro Muscular Disruption, U.S. Department of Justice, May 2011

72.   Police Use of Force, Tasers and Other Less-Lethal Weapons, U.S. Dept. of Justice, May, 2011

73.   M. Pasquier, Electronic Control Device Exposure: A Review of Morbidity and Mortality, ANNALS EMERG. MED. (May 2011)

74.   Effect of a Taser [ECD] shot to the chest of a patient with an implantable defibrillator, Haegeli, 2006 Heart Rhythm Society

75.   McDaniel WC, Stratbucker RA, Nerheim M, Brewer JE, Cardiac safety of neuromuscular incapacitating defensive devices, *Pacing Clinical Electrophysiology (PACE)* (Jan 2005)

76.   Ho JD, et al., Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults, *Acad Emerg Med*, 2006; 13:589-595

77.   Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM and TC Chan, Physiological effects of a conducted electrical weapon on human subjects, *Ann Emerg Med*, 2007;50:569-575

78.   Ho JD, Heegaard WG, Dawes DM, Natarajan S, Reardon RF and JR Miner, Unexpected Arrest-Related Deaths in America: 12 Months of Open Source Surveillance, *West J Emerg Med*, 2009;X:68-73

79.   Forensic Science and Medicine:  Sudden Deaths in Custody, DL Ross and TC Chan (eds.), Totowa, New Jersey, Humana Press, 2006

80.   TASER Electronic Control Devices:  Physiology, Pathology, and Law, by Mark W. Kroll (Editor), Jeffrey D. Ho (Editor)

81.   Eastman, A.L., et al., Conductive electrical devices:  A prospective population-based study of the medical safety of law enforcement use, *J Trauma*, 2008. 64(6): pp. 1567-72

82.   John M. MacDonald, Robert J. Kaminski, and Michael R. Smith, The Effect of Less – Lethal Weapons on Injuries in Police Use – of – Force Events, *AM J Public Health*, published 21 October 2009, 10.2105/ AJPH.2009.159616

83.   Strote, et al., The Role of Tasers in Police Restraint-Related Death, 2005, Poster

84.   Vilke G, Sloane C, Bouton K, et al., Cardiovascular and Metabolic Effects of the TASER [ECD] on Human Subjects, *Acad Emerg Med*, 2007; 14 (supplement 1):S 104-S 105

-23-

85.   Webster, et al., Estimating the probability that the Taser® directly causes human ventricular fibrillation, *Journal of Medical Engineering & Technology*, 2010

86.   Kroll, Panescu, Hin, A Novel Mechanism for Electrical Currents Inducing Ventricular Fibrillation:  The Three-Fold Way to Fibrillation, *IEEE EMBS*, 2010

87.   Letter to Editor, *Journal of Cardiovascular Electrophysiology*, by Kroll, Luceri and Calkins 2007, addressing Cao, et al., TASER CEW study and Cao's Response to the Editor by Cao, et al.

88.   John M. MacDonald, Robert J. Kaminski, and Michael R. Smith, The Effect of Less-Lethal Weapons on Injuries in Police Use-of-Force Events, *American Journal of Public Health*, October 2009

89.   Taylor B, Woods D, Kubu B, et al., Police Executive Research Forum (PERF), Comparing safety outcomes in police use-of-force cases for law enforcement agencies that have deployed Conducted Energy Devices and a matched comparison group that have not:  A quasi-experimental evaluation, September 2009

90.   Wilkinson D. PSDB Further Evaluation of TASER Devices, Hertfordshire, United Kingdom:  United Kingdom Police Scientific Development Branch; 2005, page 108

91.   Mesloh, Wolf, Henych & Thompson, Less Lethal Weapons for Law Enforcement:  A Performance-Based Analysis, Law Enforcement Executive Forum, 2008.

92.   Enforcement Executive Forum, 2008, Biria M, Bommana S, Kroll M, Lakkireddy D.

93.   Lakkireddy, et al., Effects of Cocaine Intoxication on the Threshold for Stun Gun Induction of Ventricular Fibrillation, *J. Am Coll Cardiol*, 2006

94.   Nanthakumar, et al., Reply to Letter to the Editor, *J Am Coll Cardiol*, 2007

95.   NIJ In-Custody Death Study:  The Impact of Use of Conducted Energy Devices, NIJ website, 8/25/11

96.   Multi-Organ Effects of Conducted Electrical Weapons (CEW) – A Review, Biria, et al., IEEE Conference, 9/4/10

97.   Studies of Ventricular Fibrillation Caused by Electric Shock, Wiggers, *The Physiology Committee on Electric Shock*, 1929

98.  The Persistence of Ventricular Fibrillation and Its Implication for Evaluating EMS, Hallstrom, et al., *Emergency Health Services Quarterly*, Vol. 1 (4), 1983

99.  Chapter 42 by Mark W. Kroll, titled "TASER® Electronic Control Devices" from the following book:  Fish, Raymond M., Geddes, Leslie A., *Electrical Injuries: Medical and Bioengineering Aspects*, Lawyers & Judges Publishing Company, Inc., 2nd edition (2009)

100.  Dorin Panescu PowerPoint® Presentation titled "Estimation of TASER Current Flow and Effects on Human Body," dated 2008

101.  TASER Electronic Control Devices (ECDs):  Field Data and Risk Management PowerPoint Presentation, dated March 3, 2009

102.  "Multi-System Interactions of Conducted Electrical Weapons (CEW) – A Review." Engineering in Medicine and Biology Society Proceedings. Sept 2010:1266-1270

103.  S.N. Kunz, et al., Acute pathophysiological influences of conducted electrical weapons in humans:  A review of current literature, *Forensic Sci. Int.* (2012), oi:10.1016/j.forsciint.2012.02.014

104.  J. Laub, Study of Deaths Following Electro Muscular Disruption, *Nat. Inst. Justice*, viii, 9 (May 2011)

105.  Ho JD, Dawes DM, Heegaard WG, Calkins HG, Moscati RM, Miner JR, Absence of electrocardiographic change after prolonged application of a conducted electrical weapon in physically exhausted adults, *J Emerg Med.* May 12, 2009

106.  Bozeman W, Barnes D, Winslow J, et al., Immediate cardiovascular effects of the Taser X26 conducted electrical Weapon, *Emerg Med J.* 2009;26(8):567-570

107.  Maier A, Nance P, Price P, et al. Human Effectiveness and Risk Characterization of the Electromuscular Incapacitation Device – A Limited Analysis of the TASER Part I –Technical Report: The Joint Non‐Lethal Weapons Human Effects Center of Excellence; March 1 2005.

108.  Bozeman W, Teacher E, Winslow J. Transcardiac Conducted Electrical Weapon (TASER) Probe Deployments: Incidence and Outcomes. JEM. doi:10.1016/j.jemermed.2012.03.022.

**C.**  **Rich's Medical Records**

109.  Valley Hospital Medical Center records

110.  Betty Ford Clinic records

111.    Spring Valley Hospital records

112.    Clark County Coroner records

113.    Quest Diagnostics records

114.    American Medical Response records (January 4, 2008)

115.    American Medical Response records (September 2007)

116.    Pain Institute of Nevada records

117.    Mountain View Hospital records

118.    Mountain View Clinic records

119.    Joan McCraw, MSN, FNP, APN records

120.    Bennet I. Omalu, M.D. Forensic Neuropathology Report

121.    Center for Diseases and Surgery of the Spine records

122.    Western Regional Center for Brain & Spine Surgery records

123.    Renaissance Ranch records

124.    Clark County Fire Department records

125.    Central Wyoming Neurosurgery

**D.    Miscellaneous**

126.    Declaration and Expert Report of Keith Hock, including CV, and literature and exhibits cited

127.    Declaration and Expert Report of John Peters, Ph.D. including CV, and literature and exhibits cited

128.    Declaration and Expert Report of Patrick Smith, TASER CEO, including CV, and literature and exhibits cited

129.    Declaration and Expert Report of Gary Vilke, M.D., including CV, and literature and exhibits cited

130.    Declaration and Expert Report of Dorin Panescu, Ph.D., including CV, and literature and exhibits cited

131.    Declaration and Expert Report of Mark Kroll, Ph.D., including CV, and literature and exhibits cited

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

132.   Declaration and Expert Report of Michael Evans, Ph.D., including CV, and literature and exhibits cited

133.   Declaration and Expert Report of Jeni Kostelac, including CV, and literature and exhibits cited

134.   Declaration and Expert Report of Jan Leestma, M.D., including CV, and literature and exhibits cited

135.   Declaration and Expert Report of James Stone, M.D., including CV, and literature and exhibits and photographs cited

136.   Supplemental Expert Report of Mark Kroll, Ph.D.

137.   Supplemental Expert Report of John Peters, Ph.D.

138.   Supplemental Expert Report of Jeni Kostelac

139.   Supplemental Expert Report of Keith Hock

140.   Las Vegas Metropolitan Police Department ("LVMPD") Voluntary Statement of Craig Morris, DDS

141.   LVMPD Voluntary Statement of Judy Wellbanks

142.   LVMPD Voluntary Statement of Luann Wilson

143.   LVMPD Voluntary Statement of Trooper Terry Houston

144.   LVMPD Voluntary Statement of Natasha Koch

145.   LVMPD Voluntary Statement of Trooper Loren Lazoff

146.   LVMPD Voluntary Statement of Jineal Jack

147.   LVMPD Interview of Trooper Lazoff

148.   LVMPD Crime Scene Investigation Narrative Report

149.   LVMPD Use of Force Investigation – Administrative Report – NHP In Custody Death

150.   LVMPD Criminalistics Bureau Investigation records

151.   Clark County Coroner's Report of Investigation

152.   Clark County Coroner's Summary of Investigation

153.   Clark County Coroner Record of Tissue Submission

154.   Clark County Fire Department Incident Report

155.   TASER X26 ECD Download for X00-207482

156.   Clark County Coroner Autopsy Report on Ryan Rich

157.   Toxicology Report on Ryan Rich

158.   Autopsy Photographs of Ryan Rich

159.   Scene Photographs

160.   Photographs of Ryan Rich in the hospital

161.   NHP Use of Force / In Custody Death Report

162.   NHP Voluntary Statement of Craig Morris, DDS

163.   NHP Voluntary Statement of Juan Rodriguez

164.   NHP Voluntary Statement of Randy Christopher

165.   NHP Voluntary Statement of Ryan Edwards

166.   State of Nevada Traffic Accident Report 2/11/2008

167.   Voluntary Statement of Ryan Rich – 11/9/2007

168.   Idaho Driver's license records

169.   GEICO Indemnity Company records

170.   Ryan Rich's Journal

171.   Letter to Dr. Milne from Nevada Professional Health Program 9/18/2007

172.   Declaration of J. Patrick Reilly

173.   Transcripts from trial and deposition testimony of Dr. Douglas Zipes

174.   Zipes, D., Are you Tasing me? TASERs Can Cause Fatal [Ventricular Tachy]Arrhythmias: Debate: Heart Rhythm Society, May 15, 2009 (PowerPoint Presentation)

175.   Unloaded exemplar X26 ECD without battery inserted and in an inert state

176.   Two 3-volt Duracell® CR123 cells

177.   Exemplar X26 ECD cartridge, probes and wire

178.   Tissue slides from cardiac tissue of decedent

179.   Dr. Stone's photographs of cardiac tissue from decedent (5 photographs – Exhibits 226A-226E)

180.   Tax Returns of Ryan Rich

181.   Ryan Rich's employment records

182.   Supplemental Declaration of Patrick W. Smith in Support of Motion for Summary Judgment

183.   TASER's Second Set of Requests for Admissions to Plaintiffs

184.   Plaintiff's Response to TASER's First Set of Requests for Admission

185.   Declaration of Detective Barry Jensen with the LVMPD dated June 9, 2011

186.   Declaration of Thom Jackson with the NHP dated June 29, 2011

187.   Transcript of Inquest Hearing dated April 18, 2008

188.   Report by James N. Davis, The Davis Group, April 20, 2011 (Ex. 5 to deposition of Robert W. Johnson)

189.   The Psychiatric Autopsy and Its Application in Law, Written course (Ex. 6 to deposition of Nathan Lavid, M.D.)

190.   Demonstrative aids, exhibits, or references, including without limitation each illustration, graphic, chart, and video included in any of the TASER-device-related references or any TASER Training Version; any documents, or portions thereof, referenced or cited, or any compilation of documents; any document, information, illustration, PowerPoint, lesson plan, drawing, graphic, video, or compilation that is on, or included in, any of the TASER training CDs/DVDs Versions 1 through 14.

191.   All answers to interrogatories, requests for production of documents, and requests for admissions in this matter, including all amendments and/or supplements thereto, and including any and all documents attached thereto

192.   All transcripts of depositions and any document marked as an exhibit to a deposition in this litigation.

193.   Reports of all parties' experts and all supporting documentation, data, video presentations, learned treatises, publications, studies, publications or studies that any expert may have relied on or used to reach their opinions

194.   Enlargements of graphs, photographs or other exhibits

195.   All documents and exhibits identified by other parties, without waiver of objection.

**B.   DEPOSITIONS**

The parties may use, through stenographic means or video tape, excerpts from the following depositions.  The parties reserve all objections to this testimony.

**I.   Plaintiffs will offer the following depositions:**

Plaintiffs' deposition designations are listed in Exhibit A attached hereto.

**II.   Defendant will offer the following depositions:**

TASER's deposition designations are listed in Exhibit B attached hereto.   TASER reserves the right to designate deposition testimony for any witness who becomes unavailable.

## XIV.   WITNESSES

The following witnesses may be called by the parties upon trial:

**I.   Names and address of Plaintiffs' witnesses:**

1.   Trooper Loren Lazoff, Nevada Highway Patrol, Las Vegas, NV.

2.   Piotr Kubiczek, M.D., Clark County Coroner's Office, Las Vegas, NV

3.   Craig Morris, DDS, 5718 San Florentine, Las Vegas, NV 89141

4.   Peter Mansky, M.D., 4635 Durango Dr., Suite 101, Las Vegas, NV 89147

5.   Barry Jensen, Las Vegas Metropolitan Police Department, Las Vegas, NV

6.   Patrick Smith, CEO TASER International, Inc., Scottsdale AZ

7.   Fireman Christopher Revell, Clark County Fire Department, 575 E. Flamingo Road, Las Vegas, NV 89119.

8.   Fireman Ron P.  Mauro, Clark County Fire Department, 575 E. Flamingo Road, Las Vegas, NV 89119 (702) 455-7311;

9.   Joan McCraw, MSN, FNP, APN, 2975 South Rainbow, Suite H-2, Las Vegas, NV 89146.

10.   Raymond Mathieson, P.A., Mountain View Hospital, 3100 N. Tenaya Way, Las Vegas, NV 89128.

11.    R. J., 7477 South Kay Lane, South Weber, UT 84405.

12.    Randy Rich, 920 10th Street, Rupert, Idaho 83350.

13.    Criss Rich, 920 10th Street, Rupert, Idaho 83350.

14.    Melanie Hunsaker, 2263 East 4195 North, Filer, ID 83328.

15.    Leslie Johnson, 920 10th Street, Rupert, Idaho 83350.

16.    Greg Hunsaker, 6885 South 455 East, Midvale, UT 84047.

17.    Nathan Hunsaker, 502 Kensington Place, Pasadena, CA 91103.

18.    C. Dean Milne, DO, FACP, Director of Medical Education at Valley Hospital Medical Center, 620 Shadow Lane, Las Vegas, NV 89106.

19.    Deborah O'Connor, MMH, Administrative Manager of the Intern/Residency Program at Valley Hospital Medical Center, 620 Shadow Lane, Las Vegas, NV 89106.

20.    Dr. Harry Haroutunian, Betty Ford Center, 39000 Bob Hope Drive Rancho Mirage, CA 92270.

21.    Sarah Troxel, M.D., 3753 West 100th Avenue, Anchorage, Alaska 99515.

22.    Steve Ashton, 1017 "D" Street, Rupert, ID 83350, (208) 670-1675.

23.    Bishop Robert Trevino, 41 South 200 West, Rupert, ID 83350.

24.    Douglas P. Zipes, M.D., 10614 Winterwood, Carmel, Indiana 46032.

25.    Nathan Lavid, M.D., 65 Pine Avenue, Long Beach, CA 90802.

26.    Robert W. Johnson, MBA., 4984 El Camino Real, Suite 210, Los Altos, CA 94022

27.    Renu Vimani, M.D., 19 Firstfield Road, Gaithersburg, MD 20878

28.    Any witness or knowledgeable person identified by any other party. Plaintiffs, however, does not waive objections to any witnesses listed by the other parties to this litigation solely by reason of their inclusion by reference in this list

29.    Any necessary foundational or authentication custodians or witnesses

30.    Any necessary rebuttal witnesses or experts

II.    **Names and addresses of Defendant's witnesses:**

1.    Trooper Loren Lazoff, Nevada Highway Patrol, Las Vegas, NV

2.   Piotr Kubiczek, M.D., Clark County Coroner's Office, Las Vegas, NV

3.   Craig Morris, DDS, 5718 San Florentine, Las Vegas, NV 89141

4.   Peter Mansky, M.D., 4635 Durango Dr., Suite 101, Las Vegas, NV 89147

5.   Barry Jensen, Las Vegas Metropolitan Police Department, Las Vegas, NV

6.   Patrick Smith, CEO TASER International, Inc., Scottsdale AZ

7.   Rick Guilbault, VP of Training and Education TASER International, Scottsdale, AZ

8.   Gary Vilke, M.D., FACEP, FAAEM, Dept. of Emerg. Med., UCSD Medical Center, 200 West Arbor Center, San Diego, CA 92103-8676

9.   Michael Evans, Ph.D., AIT Laboratories, Inc., 2265 Executive Drive, Suite A, Indianapolis, IN 46241

10.   Jeni Kostelac, M.S., CRC, CCM, 6655 Palmyra Ave., Las Vegas, NV 89146

11.   Jan Leestma, M.D., 1440 North Kingsbury Street, Suite 210, Chicago, IL 60642

12.   James Stone, M.D., PhD, Massachusetts General Hospital, Simches Research Building, Room 8236, 185 Cambridge Street, Boston MA 02114

13.   Mark W. Kroll, Ph.D., FACC, Box 23, Crystal Bay, MN 55323

14.   John G. Peters, Jr., Ph.D., M.B.A., CLS, COI, 209 S. Stephanie St., Suite B 249, Henderson, NV 89012

15.   Dorin Panescu, Ph.D., FEM, 5275 Country Forge Lane, San Jose, CA 95136

16.   Keith Hock, GBQ Consulting, 312 Walnut Street, Suite 1600, Cincinnati, OH 45202

17.   J. Patrick Reilly, The John Hopkins University, Applied Physics Laboratory, Laurel, MD and Metatec Associates, Silver Springs, MD

18.   Captain Thom Jackson, Nevada Highway Patrol

19.   Joan McCraw, MSN, FNP, APN, 2975 South Rainbow, Suite H-2, Las Vegas, NV 89146

20.   Raymond Mathieson, P.A., Mountain View Hospital, 3100 N. Tenaya Way, Las Vegas, NV 89128

21.   Christopher Revell, Clark County Fire Department, Las Vegas, Nevada

22.   Bennet I. Omalu, M.D., 1132 Junewood Court, Lodi, CA 95242

23.    Dean Milne, D.O., Valley Hospital, 620 Shadow Lane, Las Vegas, Nevada, 89106

24.    Deborah O'Connor, Valley Hospital, 620 Shadow Lane, Las Vegas, Nevada, 89106

25.    Ryan C. Edwards, address unknown at this time

26.    Randy Christopher, address unknown at this time

27.    Any witness or knowledgeable person identified by any other party. TASER, however, does not waive objections to any witnesses listed by the other parties to this litigation solely by reason of their inclusion by reference in this list

28.    Any necessary foundational or authentication custodians or witnesses

29.    Any necessary rebuttal witnesses or experts

## XV.    MOTIONS *IN LIMINE*

On July 2, 2011, TASER filed Motions to Exclude Plaintiffs' Tendered Experts Dr. Jerome Engel, Dr. Michael Wogalter, and Dr. Douglas Zipes.  Dckt. Nos. 50-52.  On March 30, 2012, the Court granted the Motions as to Engel and Wogalter, and denied the Motion as to Zipes. [Dckt. No. 119].

Any remaining motions *in limine* will be filed thirty (30) days prior to trial in compliance with LR 16-3(b).

In addition, TASER intends to file a Motion to Bifurcate the trial of this matter, pursuant to Federal Rule of Civil Procedure 42, into two phases:  (1) to address the issues of liability and compensatory damages and (2) to address whether to award and the amount of any punitive damages.

## XVI.    TRIAL DATE

Counsel have met and conferred regarding possible trial dates and have been unable to reach an accord on agreeable dates.  Therefore, Plaintiff is available and submits the following three dates for trial:  July 15, 2013; July 22, 2013; and August 5, 2013.  TASER is available and

submits the following three dates for trial:  November 4, 2013; December 2, 2013; and March 3, 2014.

It is estimated that the trial herein will take a total of 15 days.

APPROVED AS TO FORM AND CONTENT:

_s/Peter M. Williamson_
Peter M. Williamson [California Bar #97309]
WILLIAMSON LAW FIRM
20750 Ventura Blvd., Suite 345
Woodland Hills, California 91364
Telephone:      (818) 226-5700
Facsimile:       (818) 226-5704
Email:          pmw@pwilliamsonlaw.com
*Attorneys for Plaintiffs*


_s/John R. Maley_                          _s/ Peter M. Angulo_
John R. Maley                              Peter M. Angulo
David T. Ballard                           OLSON, CANNON, GORMLEY
BARNES & THORNBURG LLP                      ANGULO & STOBERSKI
11 South Meridian Street                   9950 West Cheyenne Avenue
Indianapolis, Indiana 46204                Las Vegas, Nevada 89129
Telephone:      (317) 236-1313             Telephone:      (702) 384-4012
Facsimile:       (317) 231-7433            Facsimile:       (702) 383-0701
E-mail:         jmaley@btlaw.com           E-mail:          pangulo@ocgd.com
*Attorneys for Defendant TASER International, Inc.*

# XVII.  ACTION BY THE COURT

a.  This case is set down for court/jury trial on the fixed/stacked calendar on 8-5-2013 at 9:00 a.m. Calendar call shall be held on 7-31-2013 at 1:30 p.m.

b.  An original and two (2) copies of each trial brief shall be submitted to the clerk on or before 7-31-2013 at calendar call.

c.  An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before 7-31-2013 at calendar call.

d.  An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on *voir dire* shall be submitted to the clerk for filing on or before 7-31-2013 at calendar call.

   The foregoing pretrial order has been approved by the parties to this action as evidenced by the signatures of their counsel hereon, and the order is hereby entered and will govern the trial of this case.  This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED: February 12, 2013.

_____
UNITED STATES DISTRICT JUDGE

CHDS01 804751

-35-

1 | John Snow, Nevada State Bar No. 4133
VANCOTT, BAGLEY, CORNWALL & McCARTHY
2 | 2300 W. Sahara Avenue, Suite 800
Las Vegas, NV 89102
3 | E-mail:        jsnow@vancott.com
Telephone:   (801) 532-3333
4 | Facsimile:    (801) 534-0058

5 | John Burton, CA State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
6 | 414 South Marengo Avenue
Pasadena, CA  91101
7 | E-mail:        jb@johnburtonlaw.com
Telephone:   (626) 449-8300
8 | Facsimile:    (626) 449-4417

9 | Peter M. Williamson, CA State Bar No. 97309
WILLIAMSON LAW FIRM
10 | 20750 Ventura Blvd., Suite 345
Woodland Hills, CA 91364
11 | E-mail:        pmw@pwilliamsonlaw.com
Telephone:   (818) 226-5700
12 | Facsimile:    (818) 226-5704

13 | Attorneys for plaintiffs, RANDY RICH, as the personal
representative of RYAN RICH, deceased, and NICK JENSEN
14 | and TANYA JENSEN, as Guardians of R. J., a minor

15 |

16 |                **IN THE UNITED STATES DISTRICT COURT**

17 |                        **DISTRICT OF NEVADA**

18 |

19 | RANDY RICH, as the personal                    Case No. 2:09cv-02450-ECR-RJJ
20 | representative of RYAN RICH, deceased,
and NICK JENSEN and TANYA
21 | JENSEN, as Guardians for R. J., a minor,

22 |                           Plaintiffs,          **EXHIBIT "A" — PLAINTIFFS'**
                                                **DEPOSITION DESIGNATIONS**
23 | vs.                                            **FOR TRIAL**

24 | TASER  INTERNATIONAL, INC.,  and
DOES 1 to 10, inclusive,
25 |                           Defendants.

26 |

27 |

28 |

## PLAINTIFFS' DEPOSITION DESIGNATIONS FOR TRIAL

Plaintiffs RANDY RICH, as the personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN, as Guardians for R. J., a minor (hereinafter jointly referred to as "Plaintiffs") identify the following deposition excerpts for use at trial.

By designating deposition excerpts, Plaintiffs are not waiving their right to call the witness at trial. Plaintiffs reserve objections to designations from TASER. Without waiving objections, Plaintiffs reserve the right to use TASER's designations. Plaintiffs also reserve the right to amend or supplement designations in accordance with the Federal Rules of Civil Procedure, local rules, or by agreement, including rebuttal designations if necessary.

## DEPOSITION DESIGNATIONS

Plaintiffs offer the following deposition designations (and in instances counter-designations) for use at trial. For these witnesses, Plaintiffs fully expect that the witnesses will be called at trial, and Plaintiffs are submitting the designations in the event that the witness becomes unavailable to testify. Plaintiffs also reserve the right to designate further deposition testimony in compliance with the requirements of Local Rule 16-3 and 16-4 in the event a witness becomes unavailable who is not listed in these designations. Plaintiffs also reserve the right to designate relevant deposition testimony from other cases in which certain expert witnesses have testified in the event such experts are unavailable to testify at trial.

**Douglas E. Klint, Esq. (Fontenot)**

> 5:10-16
>
> 7:16-25
>
> 8:1-25
>
> 9:1-25
>
> 10:1;16-19
>
> 15:8-22
>
> 18:23-25
>
> 19:1-10
>
> 30:24-25

---

| | |
|---|---|
| 1 | 31:1-4 |
| 2 | 40:5-25 |
| 3 | 41:1-14 |
| 4 | 43:12-25 |
| 5 | 44:1-2 |
| 6 | 50:21-25 |
| 7 | 51:1-8 |
| 8 | 53:5-25 |
| 9 | 54:1-2 |
| 10 | 73:6-25 |
| 11 | 74:1-25 |
| 12 | 75:1-5 |
| 13 | 90:24-25 |
| 14 | 91:1-23 |
| 15 | 111:5-14 |
| 16 | **Robert Stratbrucker, M.D. (Fontenot)** |
| 17 | 5:18-21 |
| 18 | 11:22-25 |
| 19 | 12:1-6 |
| 20 | 13:8-25 |
| 21 | 14:1-17 |
| 22 | 17:12-21 |
| 23 | 18:14-18 |
| 24 | 20:7-25 |
| 25 | 21:1-25 |
| 26 | 22:1-25 |
| 27 | 23:1-25 |
| 28 | 24:1-5 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 36:7-25 |
| 2 | 37:1-25 |
| 3 | 38:1-25 |
| 4 | 39:1-25 |
| 5 | 40:1 |
| 6 | 48:4-17 |
| 7 | 50:14-25 |
| 8 | 51:1-9 |
| 9 | 55:8-16 |
| 10 | 56:5-25 |
| 11 | 57:1-3 |
| 12 | 59:19-25 |
| 13 | 60:1-25 |
| 14 | 61:1-16 |
| 15 | 62:8-25 |
| 16 | 63:1-13 |
| 17 | 66:17-25 |
| 18 | 67:1-15 |
| 19 | 77:19-25 |
| 20 | 78:1-11;25 |
| 21 | 79:1-25 |
| 22 | 80:1-4;22-25 |
| 23 | 81:1-25 |
| 24 | 82:1-25 |
| 25 | 83:1-20 |
| 26 | 93:10-25 |
| 27 | 94:1-8;22-25 |
| 28 | 95:1-19 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 102:13-19 |
| 2 | 103:14-25 |
| 3 | 104:1-21 |
| 4 | 110:15-25 |
| 5 | 111:1-25 |
| 6 | 112:1-25 |
| 7 | 113:1-25 |
| 8 | 114:1-25 |
| 9 | 115:1-25 |
| 10 | 116:1-25 |
| 11 | 117:1-25 |
| 12 | 118:1-14 |
| 13 | 131:10-25 |
| 14 | 132:1-25 |
| 15 | 133:1-3 |
| 16 | 135:11-25 |
| 17 | 136:1-25 |
| 18 | 137:1-25 |
| 19 | 138:1-25 |
| 20 | 139:1-24 |
| 21 | 143:5-7 |
| 22 | 144:12-25 |
| 23 | 147:7-9 |
| 24 | 150:24-25 |
| 25 | 151:1-25 |
| 26 | 152:1-25 |
| 27 | 153:1-17;25 |
| 28 | 154:1-25 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 155:1-9;16-25 |
| 2 | 156:1-25 |
| 3 | 157:1-25 |
| 4 | 158:1-25 |
| 5 | 159:1-25 |
| 6 | 160:1-25 |
| 7 | 161:1-25 |
| 8 | 162:1-25 |
| 9 | 163:1-7 |
| 10 | 164:21-25 |
| 11 | 165:1-25 |
| 12 | 166:1-25 |
| 13 | 167:1-25 |
| 14 | 168:1-25 |
| 15 | 169:1-25 |
| 16 | 170:1-25 |
| 17 | 171:1-25 |
| 18 | 172:1-16 |
| 19 | **Charles Swerdlow, M.D. (Fontenot)** |
| 20 | 7:11-25 |
| 21 | 8:1-3;19-25 |
| 22 | 9:1-25 |
| 23 | 10:1-25 |
| 24 | 11:1-19 |
| 25 | 14:10-25 |
| 26 | 15:1-25 |
| 27 | 16:1-25 |
| 28 | 17:1-21 |

| | |
|---|---|
| 1 | 18:20-25 |
| 2 | 19:1-7 |
| 3 | 23:22-25 |
| 4 | 24:1-19;20-25 |
| 5 | 25:1-5 |
| 6 | 29:12-25 |
| 7 | 30:1-9 |
| 8 | 39:3-17 |
| 9 | 40:17-25 |
| 10 | 41:1-25 |
| 11 | 42:1-7;12-25 |
| 12 | 43:1-25 |
| 13 | 44:1-13 |
| 14 | 45:8-25 |
| 15 | 46:1-25 |
| 16 | 47:1-4 |
| 17 | 48:12-25 |
| 18 | 49:8-25 |
| 19 | 50:1-3;7-29 |
| 20 | 51:1-8;19-25 |
| 21 | 52:1-15 |
| 22 | 55:16-25 |
| 23 | 56:1-25 |
| 24 | 57:1-14 |
| 25 | 58:5-14;15-25 |
| 26 | 59:1-25 |
| 27 | 60:1-25 |
| 28 | 61:1-14;25 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 62:1-25 |
| 2 | 63:1-3 |
| 3 | 64:22-25 |
| 4 | 65:1-25 |
| 5 | 80:6-29 |
| 6 | 81:1-5;13-19 |
| 7 | 82:2-12 |
| 8 | 85:14-19 |
| 9 | 86:7-25 |
| 10 | 87:1-25 |
| 11 | 88:1-21 |
| 12 | 90:6-21 |
| 13 | 91:12-19 |
| 14 | 92:13-25 |
| 15 | 93:1-4 |
| 16 | 94:6-25 |
| 17 | 95:1-6 |
| 18 | 99:19-25 |
| 19 | 100:1-25 |
| 20 | 101:1-25 |
| 21 | 102:1-25 |
| 22 | 103:1-9 |
| 23 | 105:14-25 |
| 24 | 106:1-7 |
| 25 | 107:5-25 |
| 26 | 108:1-22 |
| 27 | 110:13-25 |
| 28 | 111:1-5 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| 1 | 114:9-17 |
|---|----------|
| 2 | 115:7-15 |
| 3 | **Max Nerheim (Fontenot)** |
| 4 | 14:23-25 |
| 5 | 15:1-24 |
| 6 | 16:13-25 |
| 7 | 17:1-12;18-25 |
| 8 | 18:1-25 |
| 9 | 19:1-6 |
| 10 | 28:3-25 |
| 11 | 29:1-8 |
| 12 | 34:3-20 |
| 13 | 35:2-12 |
| 14 | 36:22-25 |
| 15 | 37:1-2;6-20 |
| 16 | 38:12-25 |
| 17 | 39:1-3;14-25 |
| 18 | 40:1-25 |
| 19 | 41:1-15 |
| 20 | 48:11-25 |
| 21 | 49:1-20 |
| 22 | 50:15-25 |
| 23 | 51:1-16 |
| 24 | 53:11-20 |
| 25 | 54:19-25 |
| 26 | 55:1-25 |
| 27 | 56:1-25 |
| 28 | 57:1-10 |

| | |
|---|---|
| 1 | 65:1-25 |
| 2 | 66:1-23 |
| 3 | 70:10-25 |
| 4 | 103:6-25 |
| 5 | 104:1-2;22-25 |
| 6 | 105:1-22 |
| 7 | 109:14-18 |
| 8 | 115:6-25 |
| 9 | 116:1-4 |
| 10 | 118:14-19 |
| 11 | 120:5-25 |
| 12 | 121:1-22 |
| 13 | 123:25 |
| 14 | 124:1-15 |
| 15 | 129:25 |
| 16 | 130:1-16 |
| 17 | 140:1-25 |
| 18 | 141:1-25 |
| 19 | 142:1-5 |
| 20 | 161:6-25 |
| 21 | 162:1-25 |
| 22 | 163:1-25 |
| 23 | 164:1-25 |
| 24 | 165:1-25 |
| 25 | 166:1-25 |
| 26 | 167:1-14 |
| 27 | 168:1-14 |
| 28 | 176:3-25 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 177:1-15 |
| 2 | **Rick Guilbault (Fontenot)** |
| 3 | 4:8-10 |
| 4 | 7:7-25 |
| 5 | 8:1-3 |
| 6 | 10:3-22 |
| 7 | 11:4-9 |
| 8 | 12:1-4;11-24 |
| 9 | 15:21-25 |
| 10 | 16:1-7;18-25 |
| 11 | 17:8-18 |
| 12 | 18:3-22 |
| 13 | 19:18-25 |
| 14 | 20:1-4;11-19 |
| 15 | 23:8-24 |
| 16 | 24:5-18 |
| 17 | 25:1-17 |
| 18 | 29:6-12;21;22-25 |
| 19 | 30:1-25 |
| 20 | 31:1-13 |
| 21 | 37:22-25 |
| 22 | 38:1-4;12-14;24-25 |
| 23 | 39:1-3 |
| 24 | 46:3-6;14-23 |
| 25 | 47:18-20;21-25 |
| 26 | 48:4-25 |
| 27 | 49:1-10;16-18;20-25 |
| 28 | 50:1-4;13-25 |

| | |
|---|---|
| 1 | 51:1-3;14-19 |
| 2 | 52:17-25 |
| 3 | 53:1-3 |
| 4 | 62:1-19 |
| 5 | 63:2-11;23-25 |
| 6 | 64:1-13 |
| 7 | 66:2-7;17-22 |
| 8 | 67:9-12 |
| 9 | 76:10-15;20-25 |
| 10 | 77:1 |
| 11 | 78:21-25 |
| 12 | 79:1-5 |
| 13 | 96:10-12;25 |
| 14 | 97:1-18;21-25 |
| 15 | 98:1-25 |
| 16 | 99:1-12;25 |
| 17 | 100:1-24 |
| 18 | 103:14-25 |
| 19 | 104:1-5 |
| 20 | 105:15-24 |
| 21 | 106:20-25 |
| 22 | 107:1-21 |
| 23 | 109:24-25 |
| 24 | 110:1-4;12-14 |
| 25 | 113:8-25 |
| 26 | 114:1-23 |
| 27 | 115:1-8;11-14;18-23 |
| 28 | 116:2-25 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 117:1-4;9-20 |
| 2 | 120:18-21 |
| 3 | 121:2-7;18-25 |
| 4 | 122:1-25 |
| 5 | 124:2-15 |
| 6 | 127:17-25 |
| 7 | 142:22-25 |
| 8 | 143:1-3;9-11;13-15 |
| 9 | **Ashley Alward (Fontenot)** |
| 10 | 6:25 |
| 11 | 7:1-3 |
| 12 | 11:6-25 |
| 13 | 12:1-7 |
| 14 | 18:22-25 |
| 15 | 19:1-8 |
| 16 | 24:17-25 |
| 17 | 25:1-9 |
| 18 | 28:16-25 |
| 19 | 29:1-18 |
| 20 | 30:4-17 |
| 21 | 32:25 |
| 22 | 33:1-23 |
| 23 | 37:4-19 |
| 24 | 38:10-25 |
| 25 | 39:1-2;17-25 |
| 26 | 42:7-11 |
| 27 | 44:22-25 |
| 28 | 45:1-25 |

| | |
|---|---|
| 1 | 46:1-19 |
| 2 | 50:18-25 |
| 3 | 51:1;8-19 |
| 4 | 60:1-18 |
| 5 | 61:23-25 |
| 6 | 62:1 |
| 7 | 63:15-25 |
| 8 | 64:1-9 |
| 9 | 66:1-25 |
| 10 | 67:1-25 |
| 11 | 68:1-25 |
| 12 | 69:1-25 |
| 13 | 70:1-15;16-25 |
| 14 | 71:1-25 |
| 15 | 72:1-12 |
| 16 | 99:25 |
| 17 | 100:1-4 |
| 18 | 104:6-25 |
| 19 | 105:1-24 |
| 20 | 107:9-17 |
| 21 | 109:20-25 |
| 22 | 110:1-25 |
| 23 | 111:1-5;15-18 |
| 24 | 112:10-23 |
| 25 | 113:18-25 |
| 26 | 114:1-13 |
| 27 | 115:2-10;18-25 |
| 28 | 116:1-21 |

| | |
|---|---|
| 1 | 118:12-25 |
| 2 | 119:1-25 |
| 3 | 120:1-25 |
| 4 | 121:1-5 |
| 5 | 122:22-25 |
| 6 | 123:1-25 |
| 7 | 124:1;19-23 |
| 8 | 129:10-25 |
| 9 | 130:1-14 |
| 10 | 131:4-12 |
| 11 | **Andrew Hinz (Fontenot)** |
| 12 | 5:13-15 |
| 13 | 9:23-25 |
| 14 | 10:1-13;24-25 |
| 15 | 11:1-3 |
| 16 | 17:2-25 |
| 17 | 18:1-3 |
| 18 | 20:23-25 |
| 19 | 21:1-15 |
| 20 | 23:12-25 |
| 21 | 24:1-15 |
| 22 | 25:22-25 |
| 23 | 26:1-25 |
| 24 | 27:1-25 |
| 25 | 28:1-4 |
| 26 | 29:5-6 |
| 27 | 30:22-25 |
| 28 | 31:1;9-22 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

1     32:12-24

2     33:8-25

3     34:1-4;19-25

4     35:1-15;25

5     36:1-15

6     37:12-20

7     40:11-15

8     44:9-18;21-25

9     45:1

10     46:16-25

11     47:1-6;15-21

12     59:7-25

13     60:1-10

14     77:23-25

15     78:1-15

16     89:2-8;23-25

17     90:1-25

18     91:1-10

19     92:7-15

20     94:9-14

21     95:1-8

22     103:1-4;11-25

23     104:1-25

24     105:1-18

25     106:14-25

26     107:1-25

27     108:1-3

28     110:3-10

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 115:8-25 |
| 2 | 116:1-25 |
| 3 | 117:1-16 |
| 4 | 118:11-25 |
| 5 | 120:1-13 |
| 6 | 124:4-25 |
| 7 | 125:1-25 |
| 8 | 126:1 |
| 9 | **Tom Smith (Fontenot)** |
| 10 | 5:7-11 |
| 11 | 17:5-25 |
| 12 | 18:1-7;16-25 |
| 13 | 19:1-14 |
| 14 | 20:2-24 |
| 15 | 32:3-19 |
| 16 | 40:19-25 |
| 17 | 41:1-11 |
| 18 | 46:6-25 |
| 19 | 47:1-7;8-29 |
| 20 | 48:1-25 |
| 21 | 49:1-25 |
| 22 | 50:1-23 |
| 23 | 51:6-25 |
| 24 | 52:1-25 |
| 25 | 53:1-25 |
| 26 | 54:1-13 |
| 27 | 60:20-25 |
| 28 | 61:1-25 |

| | |
|---|---|
| 1 | 62:1-18 |
| 2 | 77:17-25 |
| 3 | 78:1-11 |
| 4 | 79:16-25 |
| 5 | 80:1-14 |
| 6 | 97:6-17 |
| 7 | 99:10-25 |
| 8 | 106:6-12 |
| 9 | 109:10-25 |
| 10 | 110:1-25 |
| 11 | 111:1-25 |
| 12 | 112:1-25 |
| 13 | 113:1-19 |
| 14 | 116:7-25 |
| 15 | 117:1-25 |
| 16 | 118:1-25 |
| 17 | 119:1-25 |
| 18 | 120:1-25 |
| 19 | 121:1-25 |
| 20 | 122:1-25 |
| 21 | 123:1;17-25 |
| 22 | 124:1-25 |
| 23 | 125:1-25 |
| 24 | 126:1-25 |
| 25 | 127:1-25 |
| 26 | 128:1-25 |
| 27 | 129:1-25 |
| 28 | 130:1-25 |

| | |
|---|---|
| 1 | 131:1-25 |
| 2 | 132:1-13 |
| 3 | 140:17-25 |
| 4 | 141:1-25 |
| 5 | 142:1-25 |
| 6 | 143:1-25 |
| 7 | 144:1-12 |
| 8 | 146:7-25 |
| 9 | 147:1-11 |
| 10 | 154:6-29 |
| 11 | 155:1-3 |
| 12 | **Rick Smith (Butler)** |
| 13 | 6:16-19 |
| 14 | 10:7-25 |
| 15 | 11:1-29 |
| 16 | 12:1-13 |
| 17 | 13:17-24 |
| 18 | 14:5-25 |
| 19 | 15:1-25 |
| 20 | 16:1-25 |
| 21 | 17:1-4;19-25 |
| 22 | 18:1-25 |
| 23 | 19:1-11 |
| 24 | 22:14-25 |
| 25 | 23:1-4 |
| 26 | 24:17-25 |
| 27 | 25:1-11 |
| 28 | 30:1-25 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 31:1-25 |
| 2 | 32:1-3;19-24;25 |
| 3 | 33:1-25 |
| 4 | 34:1-16 |
| 5 | 37:13-17 |
| 6 | 44:17-25 |
| 7 | 45:1-25 |
| 8 | 46:1-25 |
| 9 | 47:1-23 |
| 10 | 48:9-15 |
| 11 | 53:4-25 |
| 12 | 54:1-3 |
| 13 | 56:11-16 |
| 14 | 57:9-25 |
| 15 | 58:1-24 |
| 16 | 61:11-17 |
| 17 | 62:7-24 |
| 18 | 65:3-6;19-25 |
| 19 | 66:1-22 |
| 20 | 67:15-25 |
| 21 | 68:1 |
| 22 | 70:21-25 |
| 23 | 71:1-29 |
| 24 | 72:1-2 |
| 25 | 78:15-29 |
| 26 | 79:1-25 |
| 27 | 80:1-13 |
| 28 | 83:21-25 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 84:1-25 |
| 2 | 86:1-14 |
| 3 | 89:1-25 |
| 4 | 90:9-25 |
| 5 | 91:1-20 |
| 6 | 115:3-25 |
| 7 | 116:1-21 |
| 8 | 191:9-25 |
| 9 | 192:1;7-20 |
| 10 | 193:21-25 |
| 11 | 198:7-24 |
| 12 | 202:1-25 |
| 13 | 203:1-15 |
| 14 | 204:3-25 |
| 15 | 205:1-29 |
| 16 | 206:1-25 |
| 17 | 207:1-6 |
| 18 | 228:10-25 |
| 19 | 229:1-5 |
| 20 | 234:19-24 |
| 21 | **Rick Smith (Fontenot)** |
| 22 | 35:3-22 |
| 23 | 99:1-25 |
| 24 | 100:1-25 |
| 25 | 101:1-8;13-25 |
| 26 | 102:1-25 |
| 27 | 103:1-10;23-25 |
| 28 | 104:1-25 |

| | |
|---|---|
| 1 | 105:1-25 |
| 2 | 106:1-3 |
| 3 | 153:12-25 |
| 4 | 154:1-25 |
| 5 | 155:1-25 |
| 6 | 156:1-25 |
| 7 | 157:1-5;10-25 |
| 8 | 158:1-13 |
| 9 | 161:14-25 |
| 10 | 162:1-25 |
| 11 | **Patrick Tchou, MD (Fahy)** |
| 12 | 1:12-19 |
| 13 | 5:1-11 |
| 14 | 6:2-17 |
| 15 | 6:25 |
| 16 | 7:1-12 |
| 17 | 9:5-25 |
| 18 | 10:1-9 |
| 19 | 10:18-25 |
| 20 | 11:1-22 |
| 21 | 12:25 |
| 22 | 13:1-21 |
| 23 | 14:3-25 |
| 24 | 15:1-25 |
| 25 | 16:1-25 |
| 26 | 17:1-25 |
| 27 | 18:1-21 |
| 28 | 19:11-25 |

| | |
|---|---|
| 1 | 21:1-25 |
| 2 | 22:1-24 |
| 3 | 24:1-9 |
| 4 | 26:7-25 |
| 5 | 27:1-25 |
| 6 | 28:1-8 |
| 7 | 31:10-25 |
| 8 | 32:1-25 |
| 9 | 33:1-25 |
| 10 | 34:1-25 |
| 11 | 35:1-7 |
| 12 | 35:19-25 |
| 13 | 36:1-25 |
| 14 | 37:1-25 |
| 15 | 38:1-16 |
| 16 | 38:22-25 |
| 17 | 39:1-9 |
| 18 | 40:18-25 |
| 19 | 41:1-10 |
| 20 | 42:13-15 |
| 21 | 44:12-25 |
| 22 | 45:1-12 |
| 23 | 45:22-25 |
| 24 | 46:1-25 |
| 25 | 47:1-25 |
| 26 | 48:1-16 |
| 27 | 49:3-25 |
| 28 | 50:1-11 |

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

| | |
|---|---|
| 1 | 51:5-25 |
| 2 | 52:1-25 |
| 3 | 53:1-25 |
| 4 | 54:1-25 |
| 5 | 55:1-13 |
| 6 | 56:25 |
| 7 | 57:1-12 |
| 8 | 59:3-25 |
| 9 | 60:1-25 |
| 10 | 61:1-3 |
| 11 | 62:9-25 |
| 12 | 63:1-25 |
| 13 | 64:1-25 |
| 14 | 65:1-8 |
| 15 | 66:4-25 |
| 16 | 67:1-6 |
| 17 | 67:19-25 |
| 18 | 68:1-25 |
| 19 | 69:1-25 |
| 20 | 70:1-25 |
| 21 | 71:1-25 |
| 22 | 72:1-25 |
| 23 | 73:1-25 |
| 24 | 74:1-25 |
| 25 | 75:1-25 |
| 26 | 77:1-25 |
| 27 | 78:1-11 |
| 28 | 78:14-25 |

1    79:1-25

2    80:1-16

3    80:24-25

4    81:1-25

5    82:1-25

6    83:1-25

7    84:1-25

8    85:1-25

9    86:1-6

10   86:19-25

11   87:1-2

12   87:14-25

13   88:1-4

14   88:15-25

15   89:1-25

16   90:1-25

17   91:1-25

18   92:1-7

19   93:12-25

20   94:1-25

21   95:1-4

22   DATED: February 7, 2013          Respectfully submitted,
                                      VANCOTT, BAGLEY, CORNWALL & McCARTHY
23                                    WILLIAMSON LAW FIRM
                                      LAW OFFICES OF JOHN BURTON
24

25                                    BY:___/s/   PETER M. WILLIAMSON___
                                          PETER M. WILLIAMSON, Esq.
26                                        Attorneys for Plaintiffs RANDY RICH, as the
                                          personal representative of RYAN RICH,
27                                        deceased, and NICK JENSEN and TANYA
                                          JENSEN, as Guardians for R. J., a minor
28

---

EXHIBIT "A" — PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

25

1
2
3   John R. Maley, *Pro Hac Vice*
    David T. Ballard, *Pro Hac Vice*
4   BARNES & THORNBURG LLP
    11 South Meridian Street
5   Indianapolis, Indiana 46204
    Telephone:      (317) 236-1313
6   Facsimile:      (317) 231-7433
7   E-mail:         jmaley@btlaw.com
                    dballard@btlaw.com
8
    Michael Brave, *Pro Hac Vice*
9   Holly L. Gibeaut, *Pro Hac Vice*
    TASER International, Inc.
10  17800 North 85th Street
11  Scottsdale, Arizona 85255
    Telephone:      (651) 248-2809
12  Facsimile:      (480) 275-3291
    Email:          Brave@TASER.com
13                  Holly@TASER.com
14
    Peter M. Angulo [Nevada Bar #003672]
15  OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
    9950 West Cheyenne Avenue
16  Las Vegas, Nevada 89129
    Telephone:      (702) 384-4012
17  Facsimile:      (702) 383-0701
    Email:          pangulo@ocgd.com
18
19  *Attorneys for Defendant TASER International, Inc*.

20              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
21

22  RANDY RICH, as personal representative
    of RYAN RICH, deceased, and NICK
23  JENSEN and TANYA JENSEN as                  Case No.: 2:09-cv-02450-ECR-RJJ
    guardians for R.J., a minor,
24                                              **EXHIBIT "B"**
                    Plaintiffs,                 **DEFENDANT TASER INTERNATIONAL,**
25  v.                                          **INC.'S DEPOSITION DESIGNATIONS**
                                                **FOR TRIAL**
26  TASER INTERNATIONAL, INC., and DOES 1 to
27  10, inclusive,

28                  Defendants.

**DEFENDANT TASER INTERNATIONAL, INC.'S
DEPOSITION DESIGNATIONS FOR TRIAL**

Defendant TASER International, Inc. ("TASER") identifies the following deposition excerpts for use at trial, as well as those it may use in the event of witness unavailability or other appropriate circumstances.

By designating deposition excerpts, TASER is not waiving the right to call the witness at trial.  TASER reserves objections to designations from Plaintiff.  Without waiving objections, TASER reserves the right to use Plaintiff's designations. TASER also reserves the right to amend or supplement designations in accordance with the Federal Rules of Civil Procedure, local rules, or by agreement, including rebuttal designations if necessary.

**DEPOSITION DESIGNATIONS**

TASER offers the following deposition designations (and in instances counter-designations) for use at trial.  For these witnesses, TASER expects that the witnesses will be called at trial, and TASER is submitting the designations in the event that the witness becomes unavailable to testify.  TASER also reserves the right to designate further deposition testimony in compliance with the requirements of Local Rule 16-3 and -4 in the event a witness becomes unavailable who is not listed in these designations.

**Barry Jensen**

      4:21-23

      5:4-17

      8:23-9:7

      9:15-17

      10:9-11:13

      12:4-16

      12:21-13:2

      13:23-14:5

      14:10-14:12

      16:13-22

17:9-25
27:14-28:2
34:25-35:19
47:14-48:16
49:4-14
50:5-51:17
51:21-52:22
53:21-54:5
54:11-56:17
56:22-58:9
58:14-59:4
62:23-63:17
64:14-65:12
75:2-76:3
76:8-77:4
77:8-77:14
80:20-81:1
81:4-81:12
81:15

**Nick Jensen**
5:11-13
19:3-18
19:22
19:24-20:2

**Tanya Jensen**
5:11-13
7:1 – 8:6
12:7-15
12:24 – 13:14
14:1-15
16:3 – 16:10

2

| | |
|---|---|
| 1 | |
| 2 | 41:13 – 42:22 |
| 3 | 43:5-22 |
| 4 | 44:17-23 |
| 5 | 45:25 – 47:13 |
| 6 | 48:1-20 |
| | 50:5-9 |
| 7 | 55:4-6 |
| 8 | 55:9-10 |
| 9 | **Piotr Kubiczek** |
| 10 | 4:8-11 |
| 11 | 13:2-14 |
| 12 | 14:5 – 15:17 |
| | 15:21 – 18:2 |
| 13 | 18:9 – 21:6 |
| 14 | 26:25 – 30:8 |
| 15 | 33:1 – 35:10 |
| 16 | 35:24 – 42:8 |
| 17 | 42:20 – 44:20 |
| 18 | 45:1 – 46:7 |
| | 48:2-10 |
| 19 | 48:24 – 49:23 |
| 20 | 50:3-25 |
| 21 | 54:2 – 58:7 |
| 22 | 58:10 – 62:9 |
| 23 | 63:6-8 |
| 24 | 63:22 – 65:19 |
| | 65:21 – 70:13 |
| 25 | 70:17 – 71:7 |
| 26 | 71:12 – 72:23 |
| 27 | 74:20 – 75:7 |
| 28 | 75:21 – 77:3 |

77:12 – 82:5

83:1-14

86:5 – 87:17

88:1 – 90:13

91:14 – 92:14

93:4-13

94:11 – 97:11

98:18-23

99:7-18

111:15 – 112:5

113:11 – 114:11

115:2-13

116:17-25

117:8-15

117:21 – 118:1

118:6 – 120:16

123:16-19

123:23 – 124:7

124:19 – 125:19

133:13 – 135:9

151:3-20

151:23-24

152:4 – 153:7

153:10 – 154:5

154:9 – 156:3

156:6-22

157:16 – 158:3

158:14-18

158:24 – 160:10

160:16 – 161:7

161:12 – 162:8

1

2 162:11 – 163:16

3 164:3-5

4 164:8-12

5 **Loren Lazoff**

6 4:10-12

13:22 – 15:17

7 15:24 – 16:8

8 16:11 – 23:16

9 24:3-13

10 24:25 – 25:9

11 26:1-5

12 26:12 – 29:3

31:15– 34:25

13 35:13 – 41:13

14 41:19 – 42:4

15 42:11 – 43:8

16 43:20 – 43:24

17 45:2-17

18 45:23 – 46:24

47:9-21

19 47:24 – 48:23

20 49:3 – 52:23

21 54:13-24

22 56:12 – 57:1

23 58:14-19

24 59:18 – 60:9

61:8-15

25 66:17 – 67:19

26 71:19 – 72:18

27 72:25 – 73:13

28 73:15 – 77:13

1

2   77:25 – 78:5

3   89:21 – 90:7

4   91:22 – 92:5

5   93:15 – 94:2

    97:24 – 98:3
6
    98:13 – 101:24
7
    104:15 – 105:6
8
    106:3 – 111:21
9
    112:10 – 114:1
10
    114:4 – 119:19
11
    119:22 – 128:1
12
    128:5 – 133:19
13
    133:21 – 136:22
14
    136:25 – 157:15
15
    157:17 – 159:22
16
    161:3 – 163:24
17
    164:4 – 167:17
18
    167:20 – 171:24

    172:3-17
19
    173:3-8
20
    173:18 – 175:2
21
    175:6 – 178:22
22
    179:7 – 192:14
23
    192:19 – 194:5
24
    194:12 – 196:22
25
    196:25 – 201:16
26
    204:3-17
27
    205:10 – 206:4
28
    206:13 – 208:3

    208:6 – 209:4

    209:24 – 215:17

1

2    215:21 – 217:17

3    218:4 - 222:25

4    223:3 – 225:12

5    225:14 – 226:22

6    227:4-14

     228:4 – 231:11

7    233:24 – 234:23

8    236:4 – 237:9

9    238:21 – 239:7

10   239:11-22

11   240:23 – 241:5

12   241:20 – 242:17

13   243:3 – 244:15

     250:10 – 251:24

14   252:4 – 256:9

15   256:12-19

16   256:23 – 257:24

17   258:4-8

     258:11 – 259:14

18   259:19 – 261:19

19   261:23 – 262:23

20   263:3-7

21   263:10-15

22   263:20-21

23   263:24 – 265:4

     265:13 – 266:3

24   266:5 – 266:12

25   266:21 – 267:6

26   267:11-19

27   268:1-10

28   268:12-23

1

2        269:20 – 270:13

3        270:16-21

4        270:23-25

5        271:3-16

6        271:18 – 272:22

         273:15 – 275:13

7        277:14-15

8        277:18-24

9        278:4

10       278:23 – 279:11

11       279:13 – 280:9

12       280:16 – 281:2

         281:15 – 282:2

13       282:5 – 283:13

14       283:17 – 286:3

15       286:8-23

16       287:6 – 289:7

17       289:17-20

18       289:23

         293:24 – 295:9

19   **Peter Mansky**

20       4:8-11

21       5:11 – 10:4

22       10:9-23

23       11:10-16

         11:18 – 12:5

24       14:9 – 15:5

25       15:7-17

26       19:8-21

27       19:23 – 20:5

28       22:8 – 23:3

23:5-14

23:16 – 25:2

25:7 – 25:14

26:5 – 26:22

31:23 – 32:3

35:25 – 36:9

**Raymond Mathieson**

4:10-13

5:18 – 8:19

8:22 – 9:10

9:13-15

9:18-25

10:4-6

10:24 – 11:3

11:5 – 12:4

12:18 – 13:17

13:23-25

14:2-10

14:16 – 15:11

15:14 – 16:9

16:20 – 17:22

18:18 – 21:23

21:25 – 22:13

25:6-10

31:18 – 33:14

**Joan McCraw**

4:8-10

9:15-22

9:25 – 11:1

11:5-17

11:21 – 14:10

14:15 – 16:14

16:23 – 18:5

18:7-25

19:8-11

19:14 – 20:4

20:8-23

21:15 -23:11

23:17-19

23:21 – 28:20

28:22 – 31:24

32:2 – 36:2

36:6 – 37:10

38:19 – 39:16

41:2-22

41:25 – 45:14

45:25 – 55:25

56:25 – 63:14

63:21 – 64:18

68:10-14

69:16-21

70:8-23

71:1 – 72:3

72:6

73:19 – 74:15

76:25 – 77:17

78:4 – 80:6

**Dean Milne**

4:21-24

7:13 – 8:1

8:9-15

9:24 – 11:4

14:6-9

20:5 – 21:15

23:3-13

23:18 – 28:1

30:21 – 32:10

34:21 – 35:4

55:8-14

55:19-23

**Craig S. Morris, D.D.S.**

4:10-13

8:18-9:15

9:18-19

9:21-11:7

12:23-13:20

16:9-17:7

17:22-29:18

30:17-31:19

31:23-25

32:15 - 39:4

39:12-44:12

44:17-45:2

45:10-15

46:13-47:8

47:25-50:19

51:2-52:4

52:18-25

53:3-21

53:24-55:23

56:4-57:17

58:8-59:14

59:21-60:13

1

2   60:23-66:4

3   66:12-67:14

4   67:16-71:3

5   71:18-72:2

6   72:6-73:12

    73:17-74:22

7   75:17-79:5

8   79:11-81:20

9   82:13-84:16

10  84:20-85:21

11  86:9-25

12  87:14-88:7

    89:10-90:18

13  90:21-91:3

14  94:1-96:6

15  101:18-22

16  102:1-102:6

17  102:10-13

18  102:18-103:5

19  103:8-104:10

20  105:8-107:6

    107:13-17

21  107:21

22  108:6-18

23  108:20-110:9

24  110:12-111:2

    113:19-114:4

25  114:6-115:8

26  115:17-116:18

27  116:20-117:15

28  119:4 – 120:17

**Deborah O'Connor**

     4:8-11

     11:1-12

     11:19 – 12:13

     15:16 – 16:18

     24:17-20

     27:13-16

     28:10 – 30:19

     44:9-16

**Christopher Revell**

     4:11-14

     8:22 – 9:8

     9:12 – 10:3

     10:5 – 16:8

     17:1 – 22:25

     23:4 – 37:7

     37:22 – 52:17

     52:25 – 56:24

     57:3-6

     57:16 – 59:12

     61:1 – 63:5

     63:14-18

     63:21 – 65:3

     65:9-13

     65:16 – 66:18

### RESERVED COUNTER-DESIGNATIONS

TASER reserves its objections, motions *in limine*, and *Daubert* motions for certain witnesses here. Without waiving those, TASER retains the right to offer designations from expert witnesses retained by Plaintiff, medical providers to Dr. Rich, or other witnesses identified by Plaintiff to the extent they become unavailable to testify or under other appropriate

circumstances, including without limitation Robert Johnson, Nathan Lavid, and Douglas Zipes.[1] Those have not been designated here with the understanding that the current plan is to call them at trial.

TASER reserves objections to these witnesses and will consult with Plaintiffs. To the extent designations are tendered and permitted at trial from the following witnesses, and without waiving objections, TASER reserves the right to supplement such designations with the testimony identified here.

**Criss Rich**

     5:11-13

     7:10-11

     7:20-23

     8:1-4

     8:18-25

     10:16 – 13:8

     13:17 – 15:15

     21:5-7

     21:23 – 22:15

     23:14-20

     23:25 – 24:9

     27:7-17

     28:16 – 29:18

     29:22 – 30:4

     38:25 – 40:16

     47:4 -48:6

     58:10-12

     58:25 – 59:4

---

[1] This includes designations from several depositions from this and other cases for these witnesses.

**Greg Rich**

      5:11-14

      7:1-24

      8:2 – 10:10

      12:6 – 13:23

      15:1-13

      17:3 – 19:9

**Randy Rich**

      5:11-14

      6:19-20

      8:12-24

      11:14-21

      13:19 – 14:2

      17:6-19

      18:16-25

      19:3-14

      20:4-12

      20:17 – 22:24

      23:25 – 24:17

      26:21 – 27:23

      29:5 – 30:17

      32:25 – 33:7

      33:19 – 34:15

      75:17-22

      77:3 – 78:8

**Leslie Johnson**

      5:11-12

      8:8-14

      8:17-20

      14:22 – 15:16

      15:18

15:24 – 16:4

16:16-18

16:25 – 17:16

**RESERVED DESIGNATIONS**

TASER currently plans to call as expert witnesses Dr. John Peters, Jr., Dr. Mark Kroll, Keith Hock, Jeni Kostelac, Dr. Gary Vilke, Dr. James Stone, Dr. Jan Leestma, Dr. Michael Evans, Dr. Dorin Panescu, Andrew Hinz, J. Patrick Reilly, and Patrick Smith. Based on the course of trial, scheduling, witness availability, distance, out-of-state (or out-of-country) travel, etc., TASER tenders the following designations for some of these witnesses in the event they become unavailable for trial. TASER also reserves the right to designate relevant deposition testimony from other cases in which these experts have testified in the event the experts are unavailable to testify at trial.

**Michael Evans**

4:10-12

5:17 – 6:11

14:21 – 15:15

16:19 – 17:16

18:18 – 20:24

21:7-23

22:4-12

22:19 – 23:3

24:22 – 28-14

29:9 – 30:8

31:20 – 32:16

34:15 – 36:8

37:13-18

37:22 - 38:19

39:8 – 42:23

43:7-21

16

**Jan Leestma**

    3:8-11

    16:10 – 17:7

    18:20 – 19-11

    24:4-18

    27:8-12

    27:22 – 30:17

    33:14 – 34:8

    34:14 – 35:6

    35:10 – 36:17

    38:13 – 41:16

    41:19 – 42:3

    42:18 – 43:19

    44:22 – 52:3

    54:14 – 55:13

    57:6-23

    63:14-23

    64:9-11

    64:15 – 65:3

    69:3-8

    69:12 – 71:5

    75:7 – 77:17

    79:19 – 83:13

    87:5 – 88:20

    88:24 – 91:21

    93:8-23

    94:2 – 95:12

    96:4 – 97:5

    100:13 – 102:10

    102:21 – 104:5

    105:3-10

109:24 – 110:20

112:24 – 114:4

114:9-21

121:14 – 122:4

125:3-18

**Dorin Panescu**

5:8-11

24:7-25

28:9-17

28:23 – 29:3

31:10-18

38:10 – 39:20

39:25 – 41:14

49:4-12

59:12-17

59:19 – 60:10

79:25 – 81:10

81:16 – 82:6

86:7 – 87:10

93:2 – 94:3

97:17-25

108:1-9

**James Stone**

4:9-11

6:10-18

13:8-13

13:17 – 14:6

16:10 – 17:12

18:17 – 19:18

26:23 – 31:2

32:19-21

1
2  36:1-9
3  36:12 – 37:12
4  39:4 – 40:17
5  41:13 – 44:1
6  44:7 – 47:1
   47:11 – 48:7
7  49:9 – 53:1
8  53:22 – 55:23
9  60:23 – 62:3
10 62:8 – 67:8
11 67:21 – 102:20
12 103:19 – 104:15
   107:4 – 109:5
13 112:11 - 113:6
14 115:6-14
15 115:23 – 117:19
16 118:5-8
17 120:13-21
18 122:11 – 123:10
   131:19 – 132:7
19 132:18-24
20 133:7-23
21 159:7 – 161:1
22 166:7-15
23 168:18-20
   168:23 – 170:4
24 170:9 – 171:18
25 176:2-5
26 193:24 – 195:16
27 195:24 – 196:16
28 202:15 – 204:12

204:18 – 205:23

206:23 – 207:12

**Gary Vilke**

4:9-11

31:4 – 33:7

33:22 – 37:7

37:12 – 40:8

40:10 – 43:5

43:14-17

45:2 – 46:3

46:17 – 47:7

47:11 – 48:23

48:25 – 49:11

50:11-16

51:3-13

52:11 – 53:11

54:1-18

56:4 – 57:10

58:3-21

59:9-18

62:22 – 64:6

69:2-19

73:11-19

74:5-19

75:4 – 76:25

77:12-17

Respectfully submitted,

| | |
|---|---|
| *s/John R. Maley* | *s/ Peter M. Angulo* |
| John R. Maley | Peter M. Angulo |
| David T. Ballard | OLSON, CANNON, GORMLEY, |
| BARNES & THORNBURG LLP | ANGULO & STOBERSKI |
| 11 South Meridian Street | 9950 West Cheyenne Avenue |
| Indianapolis, Indiana 46204 | Las Vegas, Nevada 89129 |
| Telephone:  (317) 236-1313 | Telephone:      (702) 384-4012 |
| Facsimile:   (317) 231-7433 | Facsimile:      (702) 383-0701 |
| E-mail:      jmaley@btlaw.com | E-mail:          pangulo@ocgd.com |

*Attorneys for Defendant TASER International, Inc.*