# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, et al., | |
| Plaintiff(s), | Case No. 2:09-cv-02450-JCM-NJK |
| vs. | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| TASER INTERNATIONAL, INC., | |
| Defendant(s). | |

On March 28, 2013, the Court ordered Defendant and its counsel to show cause why they should not be sanctioned. *See* Docket No. 144. The Court has received and reviewed their response. Docket No. 146. For good cause shown, the Court hereby **DISCHARGES** the order to show cause.[1]

IT IS SO ORDERED.

DATED: April 5, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In a footnote, Defendant "suggests that recusal of the Magistrate Judge . . . is appropriate in this case." At this time, the Court discerns no ground for recusal.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28