# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>TASER INTERNATIONAL, INC.,<br><br>　　　　Defendant(s). | 2:09-CV-2450 JCM (NJK) |

**ORDER**

Presently before the court is defendant Taser International, Inc.'s motion for leave to file reply in support of motion in limine. (Doc. # 182). The motion has been filed pursuant to Local Rule 16-3(b), which states that "[r]eplies will be allowed only with leave of the Court."

Defendant argues that a reply is warranted because plaintiff Randy Rich, *et al.*'s response exceeded the 30-page limit and raised new issues. Having briefly reviewed the response, the court agrees.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Taser International, Inc.'s motion for leave to file reply in support of motion in limine (doc. # 182) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHERED ORDERED that defendant file the reply (doc. # 182-1) within seven
2  days of entry of this order.
3  DATED August 6, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -