Peter M. Angulo [Nevada Bar #3672]
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Email: pangulo@ocgas.com

Pamela B. Petersen [Nevada Bar #6451]
Michael Brave, *Pro Hac Vice*
TASER INTERNATIONAL, INC.
17800 North 85th Street
Scottsdale, Arizona 85255
Telephone: (623) 572-4252
Facsimile: (480) 275-3291
Email: ppetersen@TASER.com

John R. Maley, *Pro Hac Vice*
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: jmaley@btlaw.com

John Jerry Glas, *Pro Hac Vice*
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 593-0627
Facsimile: (504) 566-4058
Email: jglas@dkslaw.com

*Attorneys for Defendant TASER International, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, as personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN as guardians for R.J., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>TASER INTERNATIONAL, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-02450-JCM-NJK<br><br>**NOTICE OF TRIAL CONFLICT**<br><br>**(Trial Set for 2-10-14)** |

Defendant TASER International, Inc. ("TASER") hereby notifies the Court of the following trial conflict:

1. By order filed January 2, 2014, the trial in this matter has been set for February 10, 2014 on a 2-week trial stack, with a calendar call on February 5, 2014;

2. TASER is set to begin a 4-week trial on February 3, 2014 in *AA & Saba Consultants, Inc. v. TASER International, Inc.*, No. CV2012-003542, in the Maricopa County Superior Court, Arizona ("Saba Litigation"). This is a firm trial date.

3. The Saba Litigation will involve members of TASER's same trial team in Rich, as well as corporate representatives, witnesses, and substantial litigation resources during the entire time period now slated for pretrial preparation, filings and trial of the instant matter.

4. Due to this trial conflict, the parties previously stipulated on November 7, 2013 (Dkt. 188, ¶ 2) that the trial of this matter be reset "on or after March 3, 2014."

TASER therefore respectfully requests that the Court vacate its January 2, 2014 order regarding trial (Dkt. 193) and instead set a status conference for early March.

RESPECTFULLY SUBMITTED this 6th day of January, 2014.

*s/ Pam Petersen*
Pamela B. Petersen [Nevada Bar #006451]
Michael Brave, *Pro Hac Vice*
TASER International, Inc.
17800 North 85th Street
Scottsdale, Arizona  85255

*Attorneys for Defendant TASER International, Inc.*

1 **CERTIFICATE OF SERVICE**

2 The undersigned hereby certifies that a copy of the foregoing was served on all counsel of
3 record via the Court's ECF system this 6th day of January, 2014.

4 *s/ Pam Petersen*