| | |
|---|---|
| Peter M. Angulo [Nevada Bar #3672]<br>OLSON, CANNON, GORMLEY,<br>ANGULO & STOBERSKI<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Telephone: (702) 384-4012<br>Facsimile: (702) 383-0701<br>Email: pangulo@ocgas.com | Pamela B. Petersen [Nevada Bar #6451]<br>Michael Brave, *Pro Hac Vice*<br>TASER INTERNATIONAL, INC.<br>17800 North 85th Street<br>Scottsdale, Arizona 85255<br>Telephone: (623) 572-4252<br>Facsimile: (480) 275-3291<br>Email: ppetersen@TASER.com |
| John R. Maley, *Pro Hac Vice*<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Telephone: (317) 236-1313<br>Facsimile: (317) 231-7433<br>Email: jmaley@btlaw.com | John Jerry Glas, *Pro Hac Vice*<br>DEUTSCH, KERRIGAN & STILES, LLP<br>755 Magazine Street<br>New Orleans, LA 70130<br>Telephone: (504) 593-0627<br>Facsimile: (504) 566-4058<br>Email: jglas@dkslaw.com |

*Attorneys for Defendant TASER International, Inc.*

| | |
|---|---|
| John Snow [Nevada Bar #4133]<br>VANCOTT, BAGLEY,<br>CORNWALL & McCARTHY<br>2300 W. Sahara Avenue, Suite 800<br>Las Vegas, NV 89102<br>E-mail: jsnow@vancott.com<br>Telephone: (801) 532-3333<br>Facsimile: (801) 534-0058 | John Burton, *Pro Hac Vice*<br>THE LAW OFFICES OF JOHN BURTON<br>4 East Holly Street, Suite 201<br>Pasadena, CA 91103<br>Email: jb@johnburtonlaw.com<br>Telephone: (626) 449-8300<br>Facsimile: (626) 449-4417 |
| Richard H. Reeve, *Pro Hac Vice*<br>VANCOTT, BAGLEY,<br>CORNWALL & McCARTHY<br>372 24th Street, Suite 400<br>Ogden, UT 84401<br>Email: rreeve@vancott.com<br>Telephone: (801) 394-5783<br>Facsimile: (801) 627-2522 | Peter M. Williamson, *Pro Hac Vice*<br>WILLIAMSON LAW FIRM<br>20750 Ventura Blvd., Suite 345<br>Woodland Hills, CA 91364<br>Email: pmw@pwilliamsonlaw.com<br>Telephone: (818) 226-5700<br>Facsimile: (818) 226-5704 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, as personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN as guardians for R.J., a minor,<br><br>            Plaintiffs,<br>v.<br><br>TASER INTERNATIONAL, INC., and DOES 1 to 10, inclusive, | Case No.: 2:09-cv-02450-JCM-NJK<br><br>**STIPULATION FOR DISMISSAL** |

Defendants.

The parties hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter be dismissed with prejudice, each side to bear its own costs and fees.

RESPECTFULLY SUBMITTED this 5th day of February, 2014.

*s/ Pam Petersen*
Pamela B. Petersen [Nevada Bar #006451]
Michael Brave, *Pro Hac Vice*
TASER International, Inc.
17800 North 85th Street
Scottsdale, Arizona  85255

*Attorneys for Defendant TASER International, Inc.*

*s/ Peter M. Williamson*
Peter M. Williamson, *Pro Hac Vice*
WILLIAMSON LAW FIRM
20750 Ventura Blvd., Suite 345
Woodland Hills, CA 91364

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's ECF system this 5th day of February, 2014.

*s/ Pam Petersen*