PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012
(702) 383-0701
pangulo@ocgas.com
Attorneys for Defendant
TASER INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, as personal representative of RYAN RICH, deceased, and NICK JENSEN and TANYA JENSEN as guardians for R.J., a minor, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TASER INTERNATIONAL, INC., and DOES 1 to 10, inclusive, | ) ) ) |
| Defendants. | ) ) |

CASE NO.  2:09-CV-2450- JCM (NJK)

### ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal filed on February 5, 2014 (#200);

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice, each side to bear its own costs and fees.

DATED this ___6th___ day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

By___/s/ Peter M. Angulo_____
    PETER M. ANGULO, ESQ.
    9950 West Cheyenne Avenue
    Las Vegas, Nevada 89129
    Attorneys for Defendant TASER

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Law Offices of*
**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Telecopier (702) 383-0701