# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY RICH, et al., | ) |
| Plaintiff(s), | ) Case No. 2:09-cv-02450-JCM-NJK |
| vs. | ) ORDER |
| TASER INTERNATIONAL, INC., | ) (Docket No. 207) |
| Defendant(s). | ) |

Before the Court is Plaintiffs' amended motion to file under seal, Docket No. 207, which is hereby **GRANTED**. In particular, the Court finds good cause to seal Docket No. 204, *see, e.g.*, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), and that document shall remain sealed.

IT IS SO ORDERED.

DATED: April 2, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge